# EXHIBIT A

**Claim Form**
**Markos, et al. v. Wells Fargo Bank, N.A.**

(This claim form should only be used if a claim is being mailed in and is not being filed online at www.MarkosWellsFargoTCPA.com or through the telephone claim filing services at 1-800-___-____.)

---

## NAME

First Name: _____

Last Name: _____

---

## CURRENT ADDRESS AND PHONE NUMBER

Street Address 1: _____

Street Address 2: _____

City: _____

State: _____

Postal Code / Zip Code: _____

Current Phone Number: _____

---

## CLAIM ID NUMBER

Claim ID (found on the front of the Postcard above your name): _____

---

## CELL PHONE NUMBER

Cell Phone Number on which you received a call: _____

(Your cell phone number must be listed in our records as one of the phone numbers that was called by Wells Fargo Bank, N.A. and included as part of the settlement. If you are not certain which of your cell phone numbers may have been called, you may submit each of them separately.)

---

## CEERTIFICATION

By submitting this Claim Form, I certify that I received a call or text in connection with a Wells Fargo residential mortgage loan and/or a home equity loan without my prior express consent.

---

**Please submit your completed claim form to:**
**Markos Wells Fargo TCPA Settlement Claims Administrator [Address]**
**Postmarked no later than [Date]**