# EXHIBIT C-2

**Address Side of Card:**

**LEGAL NOTICE**

Markos, et al. v. Wells Fargo Bank, N.A.

Case No. 1:15-cv-01156-LMM (N.D.Ga.)

If you received a call or text message on your cell phone from Wells Fargo between April 14, 2011 and February 29, 2016, your rights could be affected by a class action settlement.

A settlement has been proposed in the lawsuit named above, which is pending in the United States District Court for the Northern District of Georgia ("Court").

Who Is Included?

You are included in the Settlement as a "Class Member" if: (1) you live in the United States; and (2) you received one or more calls or texts to your cellular telephone from Wells Fargo Bank, N.A. in connection with either a residential mortgage loan ("Subclass One") and/or a home equity loan ("Subclass Two") during the Class Period, which is November 17, 2011 to February 29, 2016 for Subclass One and April 14, 2011 to February 29, 2016 for Subclass Two.

*NSTR1-1234567*

John Doe

123 Main Street

Los Angeles, CA 91111

**Back of post card:**

**What Is The Case About?:** The lawsuit claims that Wells Fargo Bank, N.A., ("Defendant" or "Wells Fargo"), violated a law called the Telephone Consumer Protection Act by calling or sending non-emergency texts to cell phones without prior express consent using an automatic telephone dialing system or artificial or prerecorded voice technology in connection with either a residential mortgage loan ("Subclass One") and/or a home equity loan ("Subclass Two") during the Class Period, which is November 17, 2011 to February 29, 2016 for Subclass One and April 14, 2011 to February 29, 2016 for Subclass Two. Wells Fargo denies that it broke the law and denies doing anything wrong.

**Summary of the Settlement:** Under the Settlement, which must be approved by the Court, Wells Fargo has agreed to establish a Settlement Fund of $16,319,036.20 to:  pay all Class Members who make valid and timely claims; pay service awards of no more than $20,000 each to the three class representatives; pay attorneys' fees and costs awarded by the Court (plaintiffs will ask the Court to award fees and costs of up to 30% of the Settlement Fund, or ($4,895,710.80); and pay settlement administration costs of no more than $1,625,000. Any remaining monies from uncashed settlement checks may be redistributed in a second distribution to qualified claimants or paid to a non-profit charity. This is a summary notice only and additional details of the Settlement terms can be found at www.MarkosWellsFargoTCPA.com or by calling 1-800-___-____.

**Can I Get Money from the Settlement?** Yes, each Class Member who submits a valid and timely Settlement Claim will receive a cash award.  How much each Class Member receives will depend on how many people make claims that are approved.  Class Counsel estimates that the amount of the cash award (while dependent upon the number of claims) may be within the range of $25 to $27.

**How Do I Make A Settlement Claim?** You can make a claim by either: 1) calling 1-800-_____; 2) by making a claim online at [www.MarkosWellsFargoTCPA.com]; or 3) by mailing a completed Claim Form downloaded from the Settlement website to the address of the Settlement Administrator shown below. To make a claim, you will be required to provide 1) your name; 2) your current address for mailing a check; 3) the Claim ID number on this postcard, if you were mailed a postcard; 4) the cellular phone number on which you were called; 5) a certification that you received a call or text  in connection with a Wells Fargo loanwithout your prior express consent and 6) a contact telephone number.

**Do I Have a Lawyer?** Yes. The Court has appointed lawyers from the following firms to represent Class Members: Lieff Cabraser Heimann & Bernstein, LLP; Burke Law Offices, LLC; Meyer Wilson Co., LPA; Skaar & Feagle, LLP, Greenwald Davidson Radbil PLLC; Keogh Law Ltd.; Kazerouni Law Group, APC; Law Offices of Douglas J. Campion, APC; and Hyde & Swigart. The lawyers will be paid from the Settlement Fund. You may enter an appearance through your own attorney if you so desire.

**What Should I Do?** You should get more information about the Settlement to make a decision about what you should do.

As a Class Member, you have four options:

(1) You can submit a Claim to the Settlement Administrator to request a share of the Settlement Fund by MONTH DAY, 2016. If the settlement is approved, you will be bound by the Court's decisions in the lawsuit.  You will not have the right to sue separately about the issues in the lawsuit.

(2) You can remain a Class Member but object to the Settlement.  To do so, you must send a letter (not an email) identifying yourself as a Class Member, stating your name, address, telephone number, and the reasons for your objection, and indicating whether you intend to appear at the final fairness hearing on your own behalf or through counsel.  You must also identify any lawyer that assisted or provided advice to you as to this case or the objection, if applicable.  Your objection must be sent to Class Counsel, defense counsel, and the Court and be postmarked no later than MONTH DAY, 2016. You may choose to pay for and be represented by a lawyer who may send the objection for you. See the website for additional requirements if you intend to appear at the hearing.

(3) You can exclude yourself from the Settlement by mailing a request form to the Settlement Administrator (not the Court).  You must state in writing your name, address, and telephone number and state that you want to be excluded from the settlement.  That request must be postmarked no later than MONTH DAY, 2016.

(4) Do Nothing: if you do nothing, you will remain part of the Settlement Class and will release your claims against the released parties, but you will not receive any money from this settlement.

Scheduled Hearing: The U.S. District Court, Northern District of Georgia, located at 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303, will conduct a hearing on whether to give final approval to the Settlement, and if so, will determine what fees and expenses should be awarded to Class Counsel and whether incentive payments should be awarded to the Class Representatives who brought this action.  The hearing is presently scheduled for _____, 2016, but may be changed without notice.

For more information, contact the Settlement Administrator:

Visit: www.MarkosWellsfargoTCPA.com

Call: 1-800-___-____

Or Write: Markos Wells Fargo TCPA Settlement Claims Administrator, [Address]

Para ver este aviso en español, visite www._____.com