IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVEN L. MARKOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Civil Action File No.<br>1:15-cv-01156-LMM |

## ORDER

This case comes before the Court on Plaintiff's Unopposed Motion for Leave to Amend the Complaint [Dkt. No. 33]. Plaintiff seeks to add Tiffany Davis and Gregory Page as named plaintiffs in this matter. For good cause shown, that Motion is GRANTED. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires."). The Clerk is DIRECTED to docket Plaintiff's First Amended Class Action Complaint, found at Dkt. No. 33-1, as the operative complaint in this matter. As the case is currently stayed in light of the Parties' settlement negotiations, Wells Fargo shall have no obligation to file an Answer or other responsive pleading in response to the Amended Complaint until further Order of the Court, if necessary.

IT IS SO ORDERED this 29th day of June, 2016.

*Leigh Martin May*
**Honorable Leigh Martin May**
**United States District Judge**