September 28, 2016

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT - 3 2016

JAMES N. HATTEN, CLERK
By:

From:   Alfred W Evans Jr

10485 Roundhill Dr

Gulfport, MS 39503

973-715-5113


To:   Clerk of the Court

U.S. District Court for the Northern District of Georgia

2211 United States Courthouse

75 Ted Turner Drive, SW

Atlanta, GA 30303


RE:   Markos v. Wells Fargo Bank, N.A.

Case No. 1:15-cv-01156-LMM (N.D.Ga.)


I am writing this letter as a class member to the above stated case. I intend to remain a class member and I have enclosed a copy of this letter with my claim form to the Claims Administrator in Dublin, Oh.

I do want to object to the settlement because it is an unfair settlement. The reasons I submit that the settlement is unfair is because:

1) The Wells Fargo Bank acted intentionally, recklessly, and in total disregard for its individual customers with whom there is a fiduciary responsibility to do business in a fair and responsible manner, therefore making Wells Fargo's actions malicious and egregious.
2) Depending on the date of which the settlement was in place, the totalities of admissions by Wells Fargo of it's culture of non-compliance to ethics and regulatory standards, if subsequent to the settlement further supports egregious and willful conduct.

I do not know at this time if I can afford to attend the fairness hearing, nor am I able to state whether I can obtain an attorney for representation at the fairness hearing.

For the above reasons stated, the settlement is unfair and to make the settlement fair, class members should be compensated at a higher settlement value, ensuring the gravity of the conduct and the punitive compensation reach a fair settlement.

Please contact me for any further needs in this matter.

Thank You.

Respectfully Submitted,

*Alfred W Evans Jr*

Alfred W Evans Jr

10485 Roundhill Dr

Gulfport, MS 39503

973-715-5113

cc:   Markos Wells Fargo TCPA Settlement          Lieff Cabraser Heimann & Bernstein, LLP

   Claims Administrator          Embarcadero Center West

   c/o GCG          275 Battery Street, 29th Floor

   P.O. Box 10301          San Francisco, CA 94111

   Dublin, OH 43017-5901

Severson & Werson

One Embarcadero Center, Suite 2600

San Francisco, CA 94111