10/3/2016

RE: Class Member Objection to proposed settlement for: Markos et al. v. Wells Fargo Bank, NA, Case No. 1:15-cv-01156-LMM (N.D. GA.)

Your Honor,

I, would like to submit an objection to the settlement terms of the above stated law suit.

While I agree with the amount of the settlement, I do not agree with all the terms of the disbursement. I would like to request an amendment to those terms that include the following:

1.) Class Members, the people who actually had to deal with the alleged illegal calls/text and invasion of privacy over several years, be given a larger portion of the settlement. Instead of the estimated $25-$75 cash award per approved claim, allow the $75 cash award to be viewed as an absolute minimum. Class Members be awarded a percentage of the remaining $11,492,247.70 as determined by providing equal disbursements to the total number of approved claims submitted before the deadline of December 22, 2016.

2.) Any unclaimed portion of the settlement be reimbursed to Class Members, not distributed elsewhere.

I do not intend to appear at the fairness hearing on my behalf or through additional counsel. I do intend to follow up on the progress of this settlement.

I would like to thank the court for your time and attention to this matter.

Sincerely,

Angel Hilson

2137 Adams Overlook NW

Atlanta, GA 30318

(414) 736-6792