# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Steven L. Markos, Tiffany Davis, and Gregory Page, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>Wells Fargo Bank, N.A.,<br><br>        Defendant, | Case No. 1:15-cv-01156-LMM |

**DECLARATION OF MICHAEL L. GREENWALD IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, <u>COSTS, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES</u>**

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1.    My name is Michael L. Greenwald.

2.    I am over twenty-one years of age, I am fully competent to make the statements included in this declaration, and I have personal knowledge of the statements included in this declaration.

3.    I am a partner at Greenwald Davidson Radbil PLLC ("GDR"), and I am counsel for the plaintiffs in this matter.

4.    GDR, which focuses on consumer protection class action litigation,

1

maintains offices in Boca Raton, Florida and Austin, Texas.

5.     I have been admitted *pro hac vice* in this case.

6.     I respectfully submit this declaration in support of Class Counsel's Motion for an Award of Attorneys' Fees, Costs, and Service Awards for Class Representatives.

## GDR

7.     GDR has been appointed class counsel in a number of class actions brought under the Telephone Consumer Protection Act ("TCPA"), including:

- *Schwyhart v. Amsher Collection Servs., Inc.*, No. 2:15-cv-01175-JEO, Doc. 47 (N.D. Ala. Oct. 19, 2016);

- *Johnson v. Navient Sols., Inc.*, 315 F.R.D. 501(S.D. Ind. 2016);

- *Prater v. Medicredit, Inc.*, No. 14-00159, 2015 WL 8331602 (E.D. Mo. Dec. 7, 2015);

- *Jones v. I.Q. Data Int'l, Inc.*, No. 1:14–cv–00130–PJK–GBW, 2015 WL 5704016 (D.N.M. Sept. 23, 2015); and

- *Ritchie v. Van Ru Credit Corp.*, No. 2:12–CV–01714–PHX–SM, 2014 WL 3955268 (D. Ariz. Aug. 13, 2014).

8.     GDR also has been appointed class counsel in more than two dozen class actions brought under consumer protection statutes other than the TCPA in the past three years, including:

- *McCurdy v. Professional Credit Serv.*, No. 6:15-cv-01498-AA, 2016 WL 5853721 (D. Or. Oct. 3, 2016);

- *Schuchardt v. Law Office of Rory W. Clark*, 314 F.R.D. 673 (N.D. Cal. 2016);

- *Globus v. Pioneer Credit Recovery, Inc.*, No. 15-CV-152V, 2016 WL 4069285 (W.D.N.Y. July 27, 2016);

- *McWilliams v. Advanced Recovery Sys., Inc.*, 310 F.R.D. 337 (S.D. Miss. 2015);

- *Rhodes v. Olson Assocs., P.C., d/b/a Olson Shaner*, 83 F. Supp. 39 1096 (D. Colo. 2015);

- *Roundtree v. Bush Ross, P.A.*, 304 F.R.D 644 (M.D. Fla. 2015);

- *Donnelly v. EquityExperts.org, LLC*, No. 13-10017, 2015 WL 249522 (E.D. Mich. Jan. 14, 2015); and

- *Sharf v. Fin. Asset Resolution, LLC*, 295 F.R.D. 664 (S.D. Fla. Jan. 16, 2014).

9.     Multiple district courts have commented on GDR's useful knowledge and experience in connection with class action litigation. For example, in *Ritchie*, a class action like this one brought under the TCPA, Judge Stephen M McNamee, Senior U.S. District Court Judge for the District of Arizona, stated upon granting final approval of the settlement:

> I want to thank all of you. It's been a pleasure. I hope that you will come back and see us at some time in the future. And if you don't, I have a lot of cases I would like to assign you, because you've been immensely helpful both to your clients and to the Court. And that's important. So I want to thank you all very much.

No. CIV-12-1714 (D. Ariz. July 21, 2014).

10.     Similarly, in *Roundtree*, Judge James D. Whittemore of the Middle

3

District of Florida wrote in certifying three separate classes and appointing GDR class counsel: "Greenwald [Davidson Radbil PLLC] has been appointed as class counsel in a number of actions and thus provides great experience in representing plaintiffs in consumer class actions." 304 F.R.D. at 661.

11.    And as Judge Carlton W. Reeves of the Southern District of Mississippi noted last year in *McWilliams*, GDR "ha[s] been appointed class counsel in more than a dozen consumer protection class actions in the past two years." 310 F.R.D. at 340.

12.    More information about GDR is available on my firm's website, www.gdrlawfirm.com.

### Michael L. Greenwald

13.    I graduated from the University of Virginia in 2001 and Duke University School of Law in 2004.

14.    I have extensive experience litigating consumer protection and securities class actions, including class actions brought under the TCPA.

15.    Prior to forming GDR, I spent six years as a litigator at Robbins Geller Rudman & Dowd LLP—the nation's largest plaintiff's class action firm. My practice at Robbins Geller focused on complex class actions, including securities and consumer protection litigation.

16.    While at Robbins Geller, I served on the litigation teams responsible

for the successful prosecution of numerous class actions, including:

- *In re Evergreen Ultra Short Opportunities Fund Secs. Litig.* (D. Mass.) ($25 million settlement);

- *In re Red Hat, Inc. Secs. Litig.* (E.D.N.C.) ($20 million);

- *City of Ann Arbor Empls.' Ret. Sys. v. Sonoco Prods. Co., et al.* (D.S.C.) ($13 million);

- *Norfolk Cnty. Ret. Sys., et. al. v. Ustian* (N.D. Ill.) ($13 million);

- *Romero v. U.S. Unwired, Inc.* (E.D. La.) ($9.7 million);

- *Lefkoe v. Jos. A. Bank Clothiers, Inc.* (D. Md.) ($4 million); and

- *In re Odimo, Inc. Secs. Litig.* (Fla.) ($1.25 million).

17. I started my career as an attorney at Holland & Knight LLP.

**Aaron D. Radbil**

18. Aaron D. Radbil, who also is admitted *pro hac vice* in this matter, graduated from the University of Arizona in 2002 and from the University of Miami School of Law in 2006.

19. Mr. Radbil has extensive experience litigating consumer protection class actions, including class actions under the TCPA.

20. In addition to Mr. Radbil's experience litigating consumer protection class actions, he has briefed, argued, and prevailed on a variety of issues of significant consumer interest before federal and state courts of appeals, including:

- *Hernandez v. Williams, Zinman & Parham PC*, 829 F.3d 1068 (9th

Cir. 2016);

- *Lea v. Buy Direct, L.L.C.*, 755 F.3d 250 (5th Cir. 2014);

- *Payne v. Progressive Fin. Servs., Inc.*, 748 F.3d 605 (5th Cir. 2014);

- *Stout v. FreeScore, LLC*, 743 F.3d 680 (9th Cir. 2014);

- *Yunker v. Allianceone Receivables Mgmt., Inc.*, 701 F.3d 369 (11th Cir. 2012);

- *Guajardo v. GC Servs., LP*, No. 11-20269, 2012 WL 5419505 (5th Cir. Nov. 7, 2012);

- *Sorensen v. Credit Int'l Corp.*, 475 F. App'x 244 (9th Cir. 2012);

- *Ponce v. BCA Fin. Serv., Inc.*, 467 F. App'x 806 (11th Cir. 2012);

- *Mady v. DaimlerChrysler Corp.*, 59 So. 3d 1129 (Fla. 2011);

- *Talley v. U.S. Dep't of Agric.*, 595 F. 3d 754 (7th Cir. 2010), *reh'g en banc granted, opinion vacated* (June 10, 2010), *on rehearing en banc* (September 24, 2010), *decision affirmed*, No. 09-2123, 2010 WL 5887796 (7th Cir. Oct. 1, 2010);

- *Oppenheim v. I.C. Sys., Inc.*, 627 F. 3d 833 (11th Cir. 2010);

- *Cano v. Hyundai Motor Am., Inc.*, 8 So. 3d 408 (Fla. 4th DCA 2009); and

- *Jones v. Nissan N. Am., Inc.*, 385 Ill. App. 3d 740 (2d Dist. 2008).

### James L. Davidson

21.     James L. Davidson graduated from the University of Florida in 2000 and the University of Florida Fredric G. Levin College of Law in 2003. Mr. Davidson has been appointed class counsel in a host of consumer protection class

actions.

22.     Prior to forming GDR, Mr. Davidson spent five years as a litigator at Robbins Geller, where he focused on complex class actions, including securities and consumer protection litigation.

23.     While at Robbins Geller, Mr. Davidson served on the litigation teams responsible for the successful prosecution of numerous class actions, including:

- *Local 731 I.B. of T. Excavators and Pavers Pension Trust Fund et al. v. Swanson et al.* ($25 million settlement);

- *In re Pet Food Prods. Liability Litig.* ($24 million);

- *In re Mannatech, Inc. Secs. Litig.* ($11.5 million);

- *In re Webloyalty, Inc. Mktg. and Sales Practices Litigation* ($10 million); and

- *In re Navisite Migration Litig.* ($2 million).

**Jesse S. Johnson**

24.     Jesse S. Johnson earned his Bachelor of Science degree in Business Administration from the University of Florida, where he graduated magna cum laude in 2005. Mr. Johnson earned his Juris Doctor degree with honors from the University of Florida Fredric G. Levin College of Law in 2009, along with his Master of Arts in Business Administration from the University of Florida Hough Graduate School of Business the same year.

25.     While at GDR, Mr. Johnson has been appointed class counsel in more

than a dozen consumer protection class actions, including:

- *Fenderson v. Frederick J. Hanna & Assocs., P.C.*, Case No. 1:15-cv-00964-ODE-JFK, Doc. 52 (N.D. Ga. Oct. 17, 2016);

- *Marcoux v. Susan J. Szwed, P.A.*, 2016 WL 5720713 (D. Me. Oct. 3, 2016);

- *Durham v. Schlee & Stillman, LLC*, Case 8:15-cv-01652-GJH, Doc. 23 (D. Md. Oct. 3, 2016);

- *Cobb v. Edward F. Bukaty, III, PLC*, 2016 WL 4925165 (M.D. La. Sept. 14, 2016);

- *Bellum v. The Law Offices of Frederic I. Weinberg & Assocs., P.C.*, 2016 WL 4766079 (E.D. Pa. Sept. 12, 2016);

- *Kausch v. Berman & Rabin, P.A.*, 2016 WL 3944685 (E.D. Mo. July 8, 2016);

- *Schell v. Frederick J. Hanna & Assocs., P.C.*, 2016 WL 3654472 (S.D. Ohio July 8, 2016);

- *Kemper v. Andreu, Palma & Andreu, PL*, 2016 WL 3545935 (S.D. Fla. June 23, 2016);

- *Hall v. Frederick J. Hanna & Assocs., P.C.*, 2016 WL 2865081 (N.D. Ga. May 10, 2016);

- *Lehmeyer v. Messerli & Kramer, P.A.*, 2016 WL 1576439 (D. Minn. Apr. 15, 2016);

- *Chamberlin v. Mullooly, Jeffrey, Rooney & Flynn, LLP*, No. 1:15-cv-02361-JBS-AMD (D.N.J. Feb. 9, 2016);

- *Garza v. Mitchell Rubenstein & Assocs., P.C.*, 2015 WL 9594286 (D. Md. Dec. 28, 2015);

- *Baldwin v. Glasser & Glasser, P.L.C.*, 2015 WL 7769207 (E.D.

Va. Dec. 1, 2015).

26.   Mr. Johnson started his legal career as an associate at Robbins Geller, where he served on the litigation teams responsible for the successful prosecution of numerous class actions, including:

- *Sterling Heights Gen. Emps.' Ret. Sys. v. Hospira, Inc. et al.*, No. 1:11-cv-08332 (N.D. Ill.) ($60 million settlement);

- *Eshe Fund v. Fifth Third Bancorp*, No. 1:08-cv-00421 (S.D. Ohio) ($16 million);

- *City of St. Clair Shores Gen. Emps.' Ret. Sys. v. Lender Processing Servs., Inc.*, No. 3:10-cv-01073 (M.D. Fla.) ($14 million); and

- *In re Synovus Fin. Corp.*, No. 1:09-cv-01811 (N.D. Ga.) ($11.75 million).

### GDR's work on this matter

27.   In tandem with co-counsel, GDR attorneys devoted significant time and resources to this case.

28.   GDR performed its work on this case on a contingency fee basis. As a result, GDR assumed significant risk by expending time and costs in litigating this action without any guarantee of success.

29.   Given the excellent results achieved for class members in this case, I firmly believe that the settlement is fair, reasonable, and adequate, and that the requested attorneys' fees—which are inclusive of costs and expenses—are fair and reasonable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2016.          /s/ Michael L. Greenwald
                                       Michael L. Greenwald