Axa Epstein
7411 SW 163 Ct
Miami, Florida 33193

**Markos**
**v.**
**Wells Fargo Bank N. A.**

Case No. 1:15-cv-01156-LMM ( N.D. Ga.)

11/11/2016

I Axa Epstein a Class Member sending this letter to "object" to the Settlement because I do not think the settlement is fair.

I certified that I received a multiple cell phone calls and text messages from Wells Fargo Bank regarding my Residential Mortgage Loan.
The settlement is not fair Do to the extends of phone calls threating me to foreclosed the property, scared of losing the house I did not have a choice to pay-off the property loan and now I do have a loan with a higher interest.

If you have any questions don't hesitate to contact me at 305-282-5400

Axa Epstein

Cc: Markos Wells Fargo TCPA Settlement Claims Administrator,
c/o GCG, P.O. Box 10301,
Dublin, OH 43017-

Lieff Cabraser Hemann &Bernestein, LLP
275 Battery Street 29th Floor
San Francisco, CA 94111

Severson & Werson
One Embarcadero Center,# 2600
San Francisco, CA 94111

Axa Epstein
7411 SW 163 ct
Miami, FL 33193

MIAMI
FL 331
15 NOV '16
PM 6 L





*Markos v. Wells Fargo Bank, N.A.*
Case No. 1:15-cv-01156-LMM (N.D. Ga.)
Clerk of the Court
U.S. District Court for the Northern
District of Georgia 2211 United States
Courthouse 75 Ted Turner Drive, SW
Atlanta, GA 30303

30303-330999