November 20, 2016

RE Markos et al. v. Wells Fargo Bank, N.A.

*Markos v. Wells Fargo Bank, N.A.*
Case No. 1:15-cv-01156-LMM (N.D. Ga.)
Clerk of the Court
U.S. District Court for the
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 22 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

    I submit this letter since I don't agree with the Class Settlement. I was a Class Member but I do not intend to remain a class member. <u>I am excluding myself from the Markos v. Wells Fargo Bank, N.A., Case No. 1:15-cv-01156-LMM (N.D. Ga.) settlement.</u>

    Additionally, I object to the Settlement since I do not think the Settlement is fair, in fact other banks have had TCPA settlements for much larger amounts. I myself have received over 1,000 calls to my wireless number.

    I Shimon Gottlib suffer from progressive and life-threatening lung disease. My condition was so severe that I required a double lung transplant to bring me back from death's door. Even with the transplant, the condition is extremely debilitating and dangerous to my life.

    During the period of extreme illness and anguish before my transplant, as I waited on an emergency list for organ donations due to my desperate need for two new lungs, I obtained a separate wireless phone line for the exclusive purpose of receiving any word on a potential, life-saving, and rarely available organ donation. This was done on the recommendation of the hospital and was a medical necessity. I kept the phone powered on and at my side (or in the hands of a close relative) at all times, 24/7, even when I would have turned off any other phones in order to sleep or in observance of religious traditions that normally prohibit phone use at certain times.

    It was of vital importance that I be reachable immediately in case of the sudden availability of donated lungs, so that I could begin arranging and preparing for my surgery the moment I was informed. Eligible lungs that match my blood type and other physiological criteria are almost never available, the

list of expectant recipients is long, and the surgery must begin within 24 hours of the organ donor's death.

Due to my medical state, I have been unable to work and accumulated tremendous hospital debt and other debt and I fell behind on my home mortgage.

Beginning in or around May 2011, Wells Fargo or its agents somehow obtained my private emergency number and began calling it frequently with prerecorded debt-collection messages, which totaled over the years to more than one thousand calls. The emotional toll they took on me was huge. Given the fact that it was a dedicated line, every time the phone rang, I believed that I was about to receive news that would save my life. Hearing the debt-collection message was a crushing blow, time after time, which took a toll on my ability to continue functioning and to maintain any hope of survival and recovery. My family and I repeatedly told Wells Fargo to stop making such calls to that number. Such a cynical use of a dedicated emergency phone line can be described as nothing less than cruel.

On November 20, 2012, a 21-year-old inmate at a Florida prison died, leaving his lungs to be donated to an emergency recipient. Four doctors from Columbia University Medical Center immediately flew to Florida and obtained the lungs, and I underwent the miraculous double lung transplant within 24 hours of the donor's death. The surgery and surrounding medical costs soared to approximately one million dollars.

The calls from Wells Fargo or its agents have persisted since the surgery, even though I have remained in an extremely precarious medical condition. I am taking a myriad of medications such as steroid-suppressants, which I will need to continue taking for the rest of my life, and I am in a permanent weakened state.

I was not singled out by Wells Fargo's harassment and I do not think the settlement amount is fair. This settlement is not fair for me and neither is it fair for the other class members and I intend to explain this at the fairness hearing. If my health permits me to I Intend to appear at the fairness hearing if not I intend to secure counsel who will be able to intervene on my behalf.

**Shimon Gottlib**

**462 Malbone St, Brooklyn, NY 11225**

**718 715 4883**