Case 1:15-cv-01156-LMM Document 55 Filed 11/25/16 Page 1 of 1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 25 2016

JAMES N. HATTEN, CLERK
By: Deputy Clerk

November 20, 2016

Re Markos et al. v. Wells Fargo Bank, N.A.

I submit this letter of exclusion and objection. I am excluding myself from the Markos v. Wells Fargo Bank, N.A., Class Action.

Additionally, I object to the Settlement since it does not take in to consideration all the people who received thousands of calls once they were delinquent.

I intend to be at the fairness hearing.

Shmuel Lowenbein.

*Markos v. Wells Fargo Bank, N.A.*
Case No. 1:15-cv-01156-LMM (N.D. Ga.)
Markos Wells Fargo TCPA Settlement Claims Administrator
c/o GCG
P.O. Box 10301
Dublin, OH 43017-5901

Shmuel Lowenbein

1115 43rd St,

Brooklyn, NY 11219

917 783 3052