

STEVEN C. GASKINS
DEBORAH A. GASKINS
MACIE E. YOUNG
5125 Vest Lane
Waldorf, Maryland 20601

**November 20, 2016**

Markos Wells Fargo TCPA Settlement Claims Administrator
C/O GCG
P.O. Box 10301
Dublin, OH 43017-5901

**Re: Markos v. Wells Fargo, 15-cv-1156-LMM (N.D.Ga.)**

Dear Settlement Claims Administrator,

As an alleged Class Member, (Claim ID: 01557251, Confirmation No: 6063461626), We hereby formally object to the settlement and of our inclusion in this Consumer TCPA Class Action case and settlement. We were not involved in the action, nor were we parties to any documents, meetings or otherwise involving this case. We believe that WELLS FARGO, N.A. and its associates, partners, affiliates, successors and assigns (herein "WELLS FARGO & ASSOCIATES") have all repeatedly violated our consumer rights, Maryland State laws and regulations, Federal laws and regulations. We intend to pursue this on our own terms and conditions directly or otherwise with WELLS FARGO & ASSOCIATES. We were not asked to be included in this case or the settlement thereof, in advance, neither were we given the chance to be involved. Therefore, please kindly remove and exclude us from this case and the proposed offer of settlement thereof.

We find the proposed settlements, as we understand them:

• **Class Counsel Cash award of $25 to $75** to be an insult and frankly too low for repeated and willful violations of this type;
• and we also find that the proposed **$16,417,496.70 Settlement Fund** to be inadequate given the seriousness, repeated and willful violations of WELLS FARGO & ASSOICIATES gross extended breach of privacy and breach of the public trust.

We feel that WELLS FARGO & ASSOCIATES will ultimately benefit and profit from every single settlement voucher redeemed. We also feel that this settlement will indemnify WELLS FARGO & ASSOCIATES against future legal actions regarding this massive, extended breach of privacy and public trust of the procedures that violated consumers' privacy rights and trust. Not only should WELLS FARGO & ASSOCIATES not profit from their actions, which they will with this settlement, but given the facts of the case and our **PRIVATE RIGHT OF ACTION**[1] , under the Telephone Consumer Protection Act (TCPA) evidence that we have alone the settlement award for us should be in the thousands of dollars, if not tens of thousands of dollars, they should issue us a

Markos Wells Fargo TCPA Settlement Claims Administrator
C/O GCG    P.O. Box 10301 Dublin, OH 43017-5901
November 21, 2016
Page 2

cash award of $10,000 each for a total amount of $30,000 combined cash award.  Our counter-offer would be no less than a total of $30,000 cash award to settle this case to us alone.

Sincerely,

**STEVEN C. GASKINS**          **DEBORAH A. GASKINS**          **MACIE E. YOUNG**

CC:

Markos v. Wells Fargo Bank, N.A.
Case No. 1:15-cv-01156-LMM (N.D. Ga.)
Clerk of the Court
U.S. District Court for the Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Markos Wells Fargo TCPA Settlement Claims Administrator
C/O GCG
P.O. Box 10301
Dublin, OH 43017-5901

Lieff Cabraser Heinmann & Bernstein, LLP
Embarcadero Center West
275 Batter  Street, 29th Floor
San Francisco, CA 94111

Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

---

1) (3) PRIVATE RIGHT OF ACTION. – A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State—
   - (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,
   - (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violations, whichever is greater, or
   - (C) both such actions.
   If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.