# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Steven L. Markos, Tiffany Davis, and Gregory Page, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>Wells Fargo Bank, N.A.,<br><br>      Defendant, | Case No. 1:15-cv-01156-LMM |

## PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1332322.2

Plaintiffs Steven L. Markos, Tiffany Davis, and Gregory Page respectfully move the Court for final approval of a nationwide class action settlement ("Settlement") reached with Defendant Wells Fargo Bank, N.A.[1]  The proposed Settlement Class is defined as:

> All users or subscribers to a wireless or cellular service within the United States who used or subscribed to a phone number to which Wells Fargo made or initiated one or more Calls during the Class Period using any automated dialing technology or artificial or prerecorded voice technology, according to Wells Fargo's available records, and who are within Subclass One and/or Two.

Settlement at ¶ 2.33.  Subclass One consists of "persons who used or subscribed to a cellular phone number to which Wells Fargo made or initiated a Call or Calls in in connection with a Residential Mortgage Loan."  *Id.* at ¶ 2.33(a).   Subclass Two consists of "persons who used or subscribed to a cellular phone number to which Wells Fargo made or initiated a Call or Calls in connection with a Home Equity Loan.  *Id.* at ¶ 2.33(b).

As explained in the attached Memorandum and Plaintiffs' Responses to Objections, the Settlement is fair, reasonable, and adequate, and should be

---

[1] The Settlement is attached as Exhibit 1 to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 34-2).  Unless otherwise stated, all capitalized terms in this Motion carry the same meaning as defined in the Settlement.

approved. The objections give no reason to doubt the fairness or adequacy of the Settlement and should be overruled.

Plaintiffs respectfully request that the Court (1) enter an order substantially in the same form as the proposed order (attached as Exhibit B to the Settlement (Dkt. No. 34-4)); (2) grant final approval to the proposed Settlement as fair, reasonable, and adequate; (3) confirm its preliminary certification of the Settlement Class; (4) find that the Notice issued to the Settlement Class satisfied Rule 23 and due process, and that the Notice issued to state and federal officials satisfied 28 U.S.C. § 1715; (5) exclude the timely received exclusions from the Settlement Class; (6) award attorneys' fees and costs in the total amount of $4,925,249, which is 30% of the $16,417,496 Settlement Fund; (7) award Service Awards to the three Class Representatives of $20,000 each, for a total of $60,000; and (8) authorize co-lead Class Counsel to allocate the awarded fees and costs among Class Counsel.

Dated: December 13, 2016.   Respectfully submitted,

                                      LIEFF CABRASER HEIMANN &
                                      BERNSTEIN, LLP
                                      By: /s/ Daniel M. Hutchinson
                                      Daniel M. Hutchinson (*pro hac vice*)
                                      Email: dhutchinson@lchb.com
                                      275 Battery Street, 29th Floor
                                      San Francisco, CA 94111-3339
                                      Telephone: (415) 956-1000
                                      Facsimile: (415) 956-1008

Jonathan D. Selbin (*pro hac vice*)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Andrew R. Kaufman (*pro hac vice*)
Email: akaufman@lchb.com
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

BURKE LAW LLC

Alexander h. Burke (*pro hac vice*)
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
Aburke@BurkeLawLLC.com

*Co-Lead Class Counsel*

SKAAR & FEAGLE, LLP
By: /s/ James M. Feagle
Georgia Bar No. 256916
Jfeagle@skaarandfeagle.com
2374 Main Street, Suite B
Tucker, GA 30084
404 / 373-1970
404 / 601-1855 fax

Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
Kris Skaar
krisskaar@aol.com
133 Mirramont Lake Drive
Woodstock, GA 30189
770 / 427-5600
404 / 601-1855 fax

MEYER WILSON CO., LPA
Matthew R. Wilson (*pro hac vice*)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (*pro hac vice*)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

LAW OFFICES OF DOUGLAS J. CAMPION, APC
Douglas J. Campion (*pro hac vice*)
Email: doug@djcampion.com
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

KEOGH LAW, LTD.
Keith Keogh (*pro hac vice*)
Email: keith@koeghlaw.com
55 W. Monroe, Ste. 3390
Chicago, IL 60603
Telephone: 312-265-3258
Facsimile: 312-726-1093

GREENWALD DAVISON RADBIL PLLC
Michael L. Greenwald (*pro hac vice*)
Email: mgreenwald@gdrlawfirm.com
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Facsimile: (561) 961-5684

Aaron D. Radbil (*pro hac vice*)
Email: aradbil@gdrlawfirm.com
106 East Sixth Street, Suite 913
Austin, TX 78701
Telephone: (512) 322-3912
Facsimile: (561) 961-5684

KAZAROUNI LAW GROUP, APC
Abbas Kazerounian (*pro hac vice*)
Email: ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6806
Facsimile: (800) 520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq. (*pro hac vice*)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Additional Class Counsel*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1.C and 7.1.D of the Northern District of Georgia, that the foregoing was prepared in 14-point Times New Roman Font.

December 13, 2016.

/s/   Andrew R. Kaufman

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

December 13, 2016.

                                                  /s/    Andrew R. Kaufman