# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| STEVEN L. MARKOS, GREGORY PAGE and TIFFANY DAVIS, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.  1:15-cv-01156-LMM<br><br>CLASS ACTION |

## DECLARATION OF STEPHEN J. CIRAMI
## REGARDING IMPLEMENTATION OF NOTICE PROGRAM

I, STEPHEN J. CIRAMI, hereby declare and state as follows:

### INTRODUCTION

1.　I am the Executive Vice President and Chief Operating Officer of the Garden City Group, LLC ("GCG").  Over the past 13 years at GCG, I have handled a wide range of historic complex legal administrations, including mass tort settlements, human rights administrations, product liability settlements, antitrust matters, DOJ disgorgements, SEC Fair Funds, and ERISA, wage and hour, and

insurance-related matters. I have particular expertise identifying solutions for cases involving high volume and inaccurate or dated data, and those requiring specialized class member identification demands.

2.    The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and if called on to do so, I could and would testify competently about these issues.

3.    GCG has a considerable amount of expertise in class action administration and the development of notice programs. In its history of over 30 years, our team has served as administrator for over 3,200 settlements. GCG has mailed over 300 million notices, disseminated hundreds of millions of emails, handled over 33 million phone calls, and distributed over $63 billion in compensation.

4.    Pursuant to Section 2.10 of the Settlement Agreement and Release (the "Agreement"),[1] which the Court preliminarily approved in its September 7, 2016 Amended Order (1) Conditionally Certifying a Settlement Class, (2) Preliminarily Approving Class Action Settlement, (3) Approving Notice Plan, and (4) Setting Final Approval Hearing ("Amended Approval Order"), GCG was appointed as the Settlement Administrator.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Agreement.

5. Pursuant to Section 7.01 of the Agreement, GCG's duties include, among other items, (i) obtaining from Wells Fargo Bank the name and mailing addresses for Settlement Class Members; (ii) running those mailing addresses received through the National Change of Address ("NCOA") database; (iii) sending notice to Settlement Class Members, and remailing returned notices to the extent updated address information can be obtained; (iv) establishing and maintaining a post office box for written communications and a toll-free number for telephone communications; (v) effecting Publication Notice, (vi) establishing and maintaining a Settlement website; (vii)processing claims; and (viii) providing reports to Class Counsel and Wells Fargo Counsel on all claims status and settlement website.

6. I submit this Declaration in order to advise the Parties and the Court as to compliance with the Notice Process as set forth in the Agreement and Amended Approval Order.

## CAFA NOTICE

7. Pursuant to Sections 2.04 and 8.07 of the Agreement, and in compliance with the requirements of 28 U.S.C. § 1715, on July 8, 2016, GCG served upon all required government officials written notice of the Settlement Agreement. The notice included a compact disc containing an electronic copy of

the (i) Class Action Complaint (Docket 1), (ii) Answer to Complaint (Docket 7), (iii) Plaintiffs' Unopposed Motion for Preliminary approval of Class Action Settlement (Docket 34), (iv) Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Docket 34-1) including exhibits attached thereto, and (v) First Amended Class action Complaint (Docket 36); as well as instructions for how to download the documents electronically from the Court's ECF system.  Attached hereto as **Exhibit A** is a copy of the CAFA Notice cover letter and Service List.  GCG sent the CAFA Notice cover letter and accompanying CD by Federal Express overnight delivery service and confirmed delivery for each addressee.  The delivery confirmation sheet is attached hereto as **Exhibit B**.

## ADMINISTRATION AND NOTIFICATION PROCESS

8.    The Administration and Notification Process ("Notification Process"), pursuant to the Agreement, targeted the universe of Settlement Class Members as defined in the Amended Approval Order Paragraph 4 as:

> All users or subscribers to a wireless or cellular service within the United States who used or subscribed to a phone number to which Wells Fargo made or initiated one or more Calls during the Class Period using any automated dialing technology or artificial or prerecorded voice technology, according to Wells Fargo's available records, and who are within Subclass One and/or Two, which are defined as follows:

Subclass One consists of persons who used or subscribed to a cellular phone number to which Wells Fargo made or initiated a Call or Calls in connection with a Residential Mortgage Loan.

Subclass Two consists of persons who used or subscribed to a cellular phone number to which Wells Fargo made or initiated a Call or Calls in connection with a Home Equity Loan.

Excluded from the Settlement Class are Defendant and any affiliate or subsidiary of Defendant, and any entities in which any of such companies have a controlling interest, as well as all persons who validly opt out of the Settlement Class.

9.    The Notification Process included the following components:

- Mailing of Settlement Notice via first class mail to known Settlement Class Members;

- Publication Notice through banner ads posted on the Yahoo! Audience Network;

- Internet Notice through a dedicated Settlement Website where the Class Notice, Claim Form, Agreement, Amended Approval Order, and related Court documents are posted; and

- A toll-free telephone helpline (866-562-0143) where Settlement Class Members can obtain relevant information regarding the Settlement as well as to file claims.

## MAILING OF SETTLEMENT NOTICE

10.    Pursuant to Section 7.02 of the Agreement, on August 18, 2016, and August 23, 2016, Defendant's Counsel provided GCG with 4,157,725 data records for potential Settlement Class Members (the "Class List"). After removing duplicate records, the Class List contained 4,142,714 unique records. GCG loaded the data into a database created specifically for the Settlement. On October 7, 2016, GCG updated mailing addresses of Settlement Class Members using the National Change of Address database ("NCOA"). The NCOA resulted in 57,118 mailing address updates.

11.    At Class Counsel's direction, where GCG identified multiple individuals with the same mailing address, a single postcard notice was mailed to the attention of all known Settlement Class Members at that address. Accordingly, 1,663,718 records were combined into 819,985 unique mailing records.

12.    Pursuant to Section 8.02 of the Agreement, GCG caused 3,293,363 postcards to be mailed to Settlement Class Members on September 23, 2016. A copy of the postcard notice is attached hereto as **Exhibit C**.

13.    As of December 11, 2016, a total of 7,023 Mail Notices have been returned to GCG by the U.S. Postal Service with forwarding address

information.  Mail Notices returned by the U.S. Postal Service with forwarding address information were promptly re-mailed to the updated addresses provided.

14.    As of December 11, 2016, a total of 222,268 Mail Notices have been returned to GCG by the U.S. Postal Service without forwarding address information.   GCG conducted an advanced address search on Mail Notices returned without forwarding address information, and subsequently re-mailed 129,780 Mail Notices.

15.    In total, 3,200,875 postcard notices have not been ultimately returned as undeliverable as of December 11, 2016.  Based on this information, over 97% of the Class received Mail Notice.  For purposes of this Declaration, this percentage is the total direct mail reach.

## PUBLICATION NOTICE

16.    Pursuant to Section 8.03 of the Agreement, GCG designed and conducted a nationwide publication website-based notice program.    The Publication Notice occurred through banner ads posted on the Yahoo! Audience Network commencing on September 23, 2016 and running through October 25, 2016.    A screenshot of the banner advertisement as it appeared on Yahoo! Audience Network is attached hereto as **Exhibit D**.

| Internet | Total Targeted Impressions | Run Dates |
|----------|---------------------------|-----------|
| Yahoo! Audience Network | 25,171,960 | September 23 – October 25, 2016 |

17.   By measuring the reach of the internet banner advertisements and the direct mail/email component of the Notice Program, I calculated an estimated reach of 91% of potential Settlement Class Members with a frequency of 1.06 times.

## PRESS RELEASE

18.   Pursuant to Section 8.06 of the Agreement, GCG issued a neutrally worded press release to facilitate Settlement Class Members learning about the Settlement through internet searches, and to provide instructions on how they may obtain additional information about the Settlement.   The press release was distributed on September 23, 2016, over PR Newswire's US1 newsline and National Hispanic newslines in substantially the same form as the mailed Settlement Notice. US1 press releases are distributed to over 15,000 media outlets, including newspapers, magazines, national wire services, television, radio and online media in all 50 states.   The Hispanic newsline reaches over 7,000 U.S. Hispanic media contacts including online placement of approximately 100 Hispanic websites nationally.   A copy of the press release is attached hereto as is **Exhibit E**.

## SETTLEMENT WEBSITE

19.    Pursuant to Section 8.04 of the Agreement, GCG established and maintains a website for this Settlement (www.MarkosWellsFargoTCPA.com) to provide information to Settlement Class Members and answer frequently asked questions.  Settlement Class Members can use the Settlement Website to file online claims.  Screenshots of the online Claim Form are attached hereto as **Exhibit F**. Users of the Settlement Website can also review the Agreement, Class Notice, Amended Approval Order, and such other documents as Class Counsel and Defendant's Counsel agree to post or that the Court orders posted on the website. A copy of the Class Notice is attached hereto as **Exhibit G**.  The Settlement Website has been operational since September 22, 2016, and is accessible 24 hours a day, seven days a week.  As of December 11, 2016, the Settlement Website has received 132,815 visits.

## TOLL-FREE SETTLEMENT HOTLINE

20.    Pursuant to Section 8.05 of the Agreement, GCG also established and continues to maintain a toll-free telephone number (866-562-0143) where callers are able to obtain information and have questions answered about the Settlement. This toll-free telephone number was set up on September 20, 2016, and continues to be accessible 24 hours a day, seven days a week.  Settlement Class Members who call the toll-free telephone number also have the option to file a claim over the

phone. As of December 11, 2016, the toll-free telephone number has received 25,761 calls.

## CLAIMS

21.    Pursuant to Sections 9.01 and 9.02 of the Agreement, Settlement Class Members wishing to participate in the Settlement are required to mail a Claim Form to GCG, file a claim on the Settlement Website, or file a claim over the phone so that it is postmarked or received by December 22, 2016. A copy of the paper Claim Form is attached hereto as **Exhibit H**. As of December 11, 2016, GCG has received a total of 406,689 claims. This includes 312,994 timely claim forms via mail, 86,576 timely claims submitted via the Settlement Website, and 7,119 timely claims filed via the toll-free number. Of the 406,689 total timely claims received, as of December 11, 2016, 128,010 claims selected Sub Class 1; 12,360 claims selected Sub Class 2; 106,780 claims selected both Sub Class 1 & 2; and 100,202 claims selected "I Don't Know."[2]

## OPT-OUT REQUESTS

22.    Pursuant to Section 10.01 of the Agreement, any member of the Settlement Class who wished to exclude themselves from the Settlement Class must have advised GCG in writing of that intent, and their opt out request must

---

[2] As GCG is still processing and reviewing claims, the information provided herein is preliminary and subject to further analysis and quality control and is intended only for informational purposes at this time.

have been postmarked no later than November 22, 2016. As of December 11, 2016, GCG has received 322 timely opt out requests and 7 untimely opt out requests. Attached hereto as **Exhibit I** is a list of the Settlement Class Members who have submitted opt-out requests.

23. Of the 322 timely opt-out requests received, a total of 166 were received on November 21, 2016, represented by Boss Law. The opt-out request from Boss Law is attached hereto as **Exhibit J**. Because the individuals in the Boss Law opt-out request did not individually advise in writing of the intent to exclude himself or herself from the Settlement Class pursuant to Sections 10.01 and 10.02 of the Settlement Agreement, GCG sent a letter to Boss Law on December 7, 2016, requesting each of the individuals submit a signed individual statement containing his or her intent to be excluded from the Settlement by no later than December 27, 2016. Attached hereto as **Exhibit K** is a copy of the letter. As of December 11, 2016, GCG has not received a response.

## OBJECTIONS

24. Pursuant to Section 10.03 of the Agreement, any Settlement Class Member who intended to object to the fairness of the Settlement must have filed a written objection with the Court by November 22, 2016. As of December 11, 2016, GCG has received 8 (eight) Settlement Class Member objections. Class

counsel has informed us that one class member sent an objection directly to class counsel, bringing the total number of Settlement Class Member objections to nine (9).

## CONCLUSION

25.    As noted above, all components of the Notification Process outlined in the Agreement have been completed.  The method of combining mail notice with internet banner advertisements is a cost effective method to reach the Settlement Class.

26.    This Notification Process reached approximately 97% of the target class.  This is higher than the 91% reach estimated in my prior declaration. Accordingly, it is my professional opinion that the Notice Process satisfied due process and the applicable rules governing class actions.

I declare under penalty of perjury under the laws of the State of Georgia that the foregoing is true and correct.


Executed this 13th day of December, 2016 in Lake Success, New York.


_____

STEPHEN J. CIRAMI


DECLARATION OF STEPHEN J. CIRAMI
CASE NO. 1:15-cv-01156-LMM

# EXHIBIT A



888-404-8013 | gardencitygroup.com
1531 Utah Avenue S., Suite 600, Seattle, WA 98134

July 8, 2016


**VIA FEDERAL EXPRESS**

United States Attorney General
And State Officials Identified
in the Attached Exhibit A


**Re:   CAFA Notice of Proposed Class Action Settlement**
        *Markos v. Wells Fargo Bank, N.A.*
        **Civ. No. 1:15-cv-01156-LMM.**


Dear Sir or Madam:

In compliance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, the Garden City Group, LLC ("GCG") on behalf of Defendant, provides this notice relating to the proposed settlement of the lawsuit entitled *Markos v. Wells Fargo Bank, N.A.,* United States District Court for the Northern District of Georgia, Atlanta Division, Civ. No. 1:15-cv-01156-LMM (Hon. Leigh M. May, presiding).

On June 29, 2016, the Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement was filed with the Court. Please take notice that the Preliminary Approval Hearing for the Settlement has not yet been scheduled.  There are also no other judicial hearings currently scheduled.

In accordance with CAFA, please find enclosed a CD containing copies of the following documents:

1.  Class Action Complaint (Docket 1);

2.  Answer to Complaint (Docket 7);

3.  Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Docket 34);

4.  Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Docket 34-1) including exhibits attached thereto:



    a. Settlement Agreement and Release (Exhibit 1, Docket 34-2);

        i. Claim Form (Exhibit A, Docket 34-3);

        ii. [Proposed] Final Approval Order and Judgment (Exhibit B, Docket 34-4);

        iii. Long Form Notice (Exhibit C-1, Docket 34-5);

        iv. Post Card Notice (Exhibit C-2, Docket 34-6);

        v. [Proposed] Order (1) Conditionally Certifying A Settlement Class, (2) Preliminarily Approving Class Action Settlement, (3) Approving Notice Plan, and (4) Setting Final Approval Hearing (Exhibit D, Docket 34-7);

    b. Declaration of Daniel M. Hutchinson In Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Exhibit 2, Docket 34-8);

    c. Declaration of Stephen Cirami Regarding Notice and Settlement Administration (Exhibit 3, Docket 34-9);

    d. LCHB Firm Profile (Exhibit 4, Docket 34-10);

    e. Declaration of Alexander H. Burke In Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Exhibit 5, Docket 34-11);

5. First Amended Class Action Complaint (Docket 36).

These documents are also available online via the federal Public Access to Court Electronic Records ("PACER") system, available at http://www.pacer.gov/.

CAFA also requires a defendant, "if feasible," to provide "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement."  It is not feasible to provide all of this information.  Consistent with 28 U.S.C. § 1715(b)(7), we are providing you with a reasonable estimate of the number of class



members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

Defendant is represented by John C. Lynch, Esq., and David M. Gettings Esq., Troutman Sanders LLP.  Should you have any questions regarding this notice or any of the enclosed information, please feel free to contact Mr. Lynch or Mr. Gettings directly at Troutman Sanders LLP, 222 Central Park Ave., Suite 2000, Virginia Beach, Virginia 23462.

Best regards,

Lori Castaneda

Vice President, Operations

GCG

1531 Utah Ave South, Suite 600

Seattle, WA 98134

1-888-404-8013

Enclosures

cc:      Counsel for Defendants (without Enclosures)
         Class Counsel (without Enclosures)

3

US Attorney General
US Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530
(202) 514-2000

Attorney General for Alaska
1031 W. 4th Avenue
Suite 200
Anchorage, AK  99501
(907) 269-5100

Attorney General for Alabama
501 Washington Avenue
Montgomery, AL  36104
(334) 242-7300

Attorney General for Arkansas
323 Center St., Suite 200
Little Rock, AR  72201
(501) 682-2007

Attorney General for Arizona
1275 W. Washington St.
Phoenix, AZ  85007
(602) 542-5025

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA  94102
(415) 703-5500

Attorney General for Colorado
Ralph L. Carr Judicial Building
1300 Broadway, 10th Fl
Denver, CO  80203
(720) 508-6000

Attorney General for Connecticut
55 Elm St.
Hartford, CT  06106
(860) 808-5318

Attorney General for DC
One Judiciary Square
441 4th St. NW
Washington, DC  20001
(202) 727-3400

Attorney General for Delaware
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE  19801
(302) 577-8400

Attorney General for Florida
The Capitol PL-01
Tallahassee, FL  32399
(850) 414-3300

Attorney General for Georgia
40 Capitol Square SW
Atlanta, GA  30334
(404) 656-3300

Attorney General for Hawaii
425 Queen St.
Honolulu, HI  96813
(808) 586-1500

Attorney General for Iowa
1305 E Walnut St
Hoover State Office Building
Des Moines, IA  50319
(515) 281-5164

Attorney General for Idaho
700 W. Jefferson St.
Suite 210
Boise, ID  83720
(208) 334-2400

Attorney General for Illinois
500 South Second Street
Springfield, IL  62706
(217) 782-1090

Attorney General for Indiana
Indiana Government Center South
302 W. Washington St, 5th Floor
Indianapolis, IN  46204
(317) 232-6201

Attorney General for Kansas
120 SW 10th Ave., 2nd Fl.
Topeka, KS  66612
(785) 296-2215

Attorney General for Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY  40601
(502) 696-5300

Attorney General for Louisiana
1885 North 3rd St., 6th Floor
Baton Rouge, LA  70802
(225) 326-6000

Office of Massachusetts
Attorney General
ATTN: CAFA Coordinator
1 Ashburton Pl.
Boston, MA  02108
(617) 727-2200

Attorney General for Maryland
200 St. Paul Pl.
Baltimore, MD  21202
(410) 576-6300

Attorney General for Maine
6 State House Station
Augusta, ME  04333
(207) 626-8800

Attorney General for Michigan
G. Mennen Williams Bldg., 7th Fl.
525 W. Ottawa St.
Lansing, MI  48909
(517) 373-1110

Attorney General for Minnesota
1400 Bremer Tower
445 Minnesota St.
St. Paul, MN  55101
(651) 296-3353

Attorney General for Missouri
Supreme Court Building
207 W High St.
Jefferson City, MO  65101
(573) 751-3321

Attorney General for Mississippi
Walter Sillers Bldg.
550 High St., Ste. 1200
Jackson, MS  39201
(601) 359-3680

Attorney General for Montana
Justice Building, 3rd Fl.
215 North Sanders
Helena, MT  59601
(406) 444-2026

Attorney General for North Carolina
114 West Edenton Street
Raleigh, NC  27603
(919) 716-6400

Attorney General for North Dakota
State Capitol
600 E. Blvd. Ave., Dept. 125
Bismarck, ND  58505
(701) 328-2210

Attorney General for Nebraska
2115 State Capitol
Lincoln, NE  68509
(402) 471-2683

Attorney General for New Hampshire
33 Capitol St.
Concord, NH  03301
(603) 271-3658

Attorney General for New Jersey
HJC, 8th Floor, West Wing
25 Market Street
Trenton, NJ  08625
(609) 292-4925

Attorney General for New Mexico
408 Galisteo St.
Villagra Bldg.
Santa Fe, NM  87501
(505) 827-6000

Attorney General for Nevada
100 N. Carson St.
Carson City, NV  89701
(775) 684-1100

Attorney General for New York
The Capitol
Albany, NY  12224
(800) 771-7755

Attorney General for Ohio
30 E. Broad St., 14th Floor
Columbus, OH  43215
(614) 466-4986

Attorney General for Oklahoma
313 NE 21st St.
Oklahoma City, OK  73105
(405) 521-3921

Attorney General for Oregon
Oregon Department of Justice
1162 Court St. NE
Salem, OR  97301
(503) 378-4400

Attorney General for Pennsylvania
16th Floor, Strawberry Square
Harrisburg, PA  17120
(717) 787-3391

Attorney General for Rhode Island
150 S. Main St.
Providence, RI  02903
(401) 274-4400

Attorney General for South Carolina
Rembert Dennis Bldg
1000 Assembly St., Room 519
Columbia, SC  29201
(803) 734-3970

Attorney General for South Dakota
1302 E. Hwy. 14, Suite 1
Pierre, SD  57501
(605) 773-3215

Attorney General for Tennessee
Cordell Hull Building, Ground Floor
425 5th Ave. N.
Nashville, TN  37243
(615) 741-3491

Attorney General for Texas
300 W. 15th St.
Austin, TX  78701
(512) 463-2100

Attorney General for Utah
Utah State Capitol Complex
350 N. State St., Suite 230
Salt Lake City, UT  84114
(800) 244-4636

Attorney General for Virginia
900 E. Main St.
Richmond, VA  23219
(804) 786-2071

Attorney General for Vermont
109 State St.
Montpelier, VT  05609
(802) 828-3171

Attorney General for Washington
1125 Washington St. SE
Olympia, WA  98504
(360) 753-6200

Attorney General for Wisconsin
114 East State Capitol
Madison, WI  53702
(608) 266-1221

Attorney General for West Virginia
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV  25305
(304) 558-2021

Attorney General for Wyoming
2424 Pioneer Ave  3rd FL
Pioneer Building
Cheyenne, WY  82002
(307) 777-7886

Edificio Principal del Depto. De Justicia
Piso 11, 601 Calle Olimpo
Esquina Axtmayer, Parada 11
San Juan, PR  00907
(787) 721-7771

# EXHIBIT B

| Carrier | Tracking No. or Nickname | Shipper city, state | Ship (P/U) date | Status | Recipient city, state | Delivery date | Signature image |
|---------|--------------------------|---------------------|-----------------|--------|-----------------------|---------------|-----------------|
| FedEx | 663809363492 | Seattle, WA | 7/8/2016 | Delivered | Washington, DC | 7/11/2016 9:13 | Yes |
| FedEx | 663809363507 | Seattle, WA | 7/8/2016 | Delivered | Anchorage, AK | 7/11/2016 10:27 | Yes |
| FedEx | 663809363518 | Seattle, WA | 7/8/2016 | Delivered | Montgomery, AL | 7/11/2016 12:13 | Yes |
| FedEx | 663809363529 | Seattle, WA | 7/8/2016 | Delivered | Little Rock, AR | 7/11/2016 10:09 | Yes |
| FedEx | 663809363530 | Seattle, WA | 7/8/2016 | Delivered | Phoenix, AZ | 7/11/2016 9:31 | Yes |
| FedEx | 663809363540 | Seattle, WA | 7/8/2016 | Delivered | San Francisco, CA | 7/11/2016 9:23 | Yes |
| FedEx | 663809363551 | Seattle, WA | 7/8/2016 | Delivered | Denver, CO | 7/11/2016 10:19 | Yes |
| FedEx | 663809363562 | Seattle, WA | 7/8/2016 | Delivered | Hartford, CT | 7/11/2016 10:00 | Yes |
| FedEx | 663809363573 | Seattle, WA | 7/8/2016 | Delivered | Washington, DC | 7/11/2016 8:56 | Yes |
| FedEx | 663809363584 | Seattle, WA | 7/8/2016 | Delivered | Wilmington, DE | 7/11/2016 8:59 | Yes |
| FedEx | 663809363595 | Seattle, WA | 7/8/2016 | Delivered | Tallahassee, FL | 7/11/2016 9:24 | Yes |
| FedEx | 663809363600 | Seattle, WA | 7/8/2016 | Delivered | Atlanta, GA | 7/11/2016 8:53 | Yes |
| FedEx | 663809363610 | Seattle, WA | 7/8/2016 | Delivered | Honolulu, HI | 7/11/2016 12:15 | No |
| FedEx | 663809363621 | Seattle, WA | 7/8/2016 | Delivered | Des Moines, IA | 7/11/2016 9:15 | Yes |
| FedEx | 663809363632 | Seattle, WA | 7/8/2016 | Delivered | Boise, ID | 7/11/2016 10:20 | Yes |
| FedEx | 663809363643 | Seattle, WA | 7/8/2016 | Delivered | Springfield, IL | 7/11/2016 8:57 | Yes |
| FedEx | 663809363654 | Seattle, WA | 7/8/2016 | Delivered | Indianapolis, IN | 7/11/2016 9:57 | Yes |
| FedEx | 663809363665 | Seattle, WA | 7/8/2016 | Delivered | Topeka, KS | 7/11/2016 9:11 | Yes |
| FedEx | 663809363676 | Seattle, WA | 7/8/2016 | Delivered | Frankfort, KY | 7/11/2016 10:16 | Yes |
| FedEx | 663809363687 | Seattle, WA | 7/8/2016 | Delivered | Baton Rouge, LA | 7/11/2016 10:17 | Yes |
| FedEx | 663809363698 | Seattle, WA | 7/8/2016 | Delivered | Boston, MA | 7/11/2016 9:39 | Yes |
| FedEx | 663809363702 | Seattle, WA | 7/8/2016 | Delivered | Baltimore, MD | 7/11/2016 9:09 | Yes |
| FedEx | 663809363713 | Seattle, WA | 7/8/2016 | Delivered | Augusta, ME | 7/11/2016 10:14 | Yes |
| FedEx | 663809363724 | Seattle, WA | 7/8/2016 | Delivered | Lansing, MI | 7/11/2016 8:58 | Yes |
| FedEx | 663809363735 | Seattle, WA | 7/8/2016 | Delivered | St. Paul, MN | 7/11/2016 8:38 | Yes |
| FedEx | 663809363746 | Seattle, WA | 7/8/2016 | Delivered | Jefferson City, MO | 7/11/2016 9:02 | Yes |
| FedEx | 663809363757 | Seattle, WA | 7/8/2016 | Delivered | Jackson, MS | 7/11/2016 9:09 | Yes |
| FedEx | 663809363768 | Seattle, WA | 7/8/2016 | Delivered | Helena, MT | 7/11/2016 9:39 | Yes |
| FedEx | 663809363779 | Seattle, WA | 7/8/2016 | Delivered | Raleigh, NC | 7/11/2016 8:58 | Yes |
| FedEx | 663809363780 | Seattle, WA | 7/8/2016 | Delivered | Bismarck, ND | 7/11/2016 9:06 | Yes |
| FedEx | 663809363790 | Seattle, WA | 7/8/2016 | Delivered | Lincoln, NE | 7/11/2016 8:52 | Yes |
| FedEx | 663809363805 | Seattle, WA | 7/8/2016 | Delivered | Concord, NH | 7/11/2016 8:57 | Yes |
| FedEx | 663809363816 | Seattle, WA | 7/8/2016 | Delivered | Trenton, NJ | 7/11/2016 9:57 | Yes |

| Carrier | Tracking No. or Nickname | Shipper city, state | Ship (P/U) date | Status | Recipient city, state | Delivery date | Signature image |
|---------|--------------------------|---------------------|-----------------|--------|-----------------------|---------------|-----------------|
| FedEx | 663809363827 | Seattle, WA | 7/8/2016 | Delivered | Santa Fe, NM | 7/11/2016 9:26 | Yes |
| FedEx | 663809363838 | Seattle, WA | 7/8/2016 | Delivered | Carson City, NV | 7/11/2016 10:00 | Yes |
| FedEx | 663809363849 | Seattle, WA | 7/8/2016 | Delivered | Albany, NY | 7/11/2016 9:26 | Yes |
| FedEx | 663809363850 | Seattle, WA | 7/8/2016 | Delivered | Columbus, OH | 7/11/2016 10:17 | Yes |
| FedEx | 663809363860 | Seattle, WA | 7/8/2016 | Delivered | Oklahoma City, OK | 7/11/2016 9:16 | Yes |
| FedEx | 663809363871 | Seattle, WA | 7/8/2016 | Delivered | Salem, OR | 7/11/2016 8:53 | Yes |
| FedEx | 663809363882 | Seattle, WA | 7/8/2016 | Delivered | Harrisburg, PA | 7/11/2016 9:52 | Yes |
| FedEx | 663809363893 | Seattle, WA | 7/8/2016 | Delivered | Providence, RI | 7/11/2016 8:51 | Yes |
| FedEx | 663809363908 | Seattle, WA | 7/8/2016 | Delivered | Columbia, SC | 7/11/2016 9:12 | Yes |
| FedEx | 663809363919 | Seattle, WA | 7/8/2016 | Delivered | Pierre, SD | 7/11/2016 8:46 | Yes |
| FedEx | 663809363920 | Seattle, WA | 7/8/2016 | Delivered | Nashville, TN | 7/11/2016 9:20 | Yes |
| FedEx | 663809363930 | Seattle, WA | 7/8/2016 | Delivered | Austin, TX | 7/11/2016 9:10 | Yes |
| FedEx | 663809363941 | Seattle, WA | 7/8/2016 | Delivered | Salt Lake City, UT | 7/11/2016 10:45 | Yes |
| FedEx | 663809363952 | Seattle, WA | 7/8/2016 | Delivered | Richmond, VA | 7/11/2016 9:14 | Yes |
| FedEx | 663809363963 | Seattle, WA | 7/8/2016 | Delivered | Montpelier, VT | 7/11/2016 9:17 | Yes |
| FedEx | 663809363974 | Seattle, WA | 7/8/2016 | Delivered | Olympia, WA | 7/11/2016 10:17 | Yes |
| FedEx | 663809363985 | Seattle, WA | 7/8/2016 | Delivered | Madison, WI | 7/11/2016 8:43 | Yes |
| FedEx | 663809363996 | Seattle, WA | 7/8/2016 | Delivered | Charleston, WV | 7/11/2016 8:50 | Yes |
| FedEx | 663809364000 | Seattle, WA | 7/8/2016 | Delivered | Cheyenne, WY | 7/11/2016 10:11 | Yes |
| FedEx | 663809364010 | SEATTLE, WA | 7/8/2016 | Delivered | SAN JUAN, PR | 7/11/2016 13:10 | Yes |

# EXHIBIT C


**Wells Fargo Mortgage and Home Equity Line of Credit TCPA Settlement Claim Form**

**THIS CLAIM FORM MUST BE POSTMARKED BY DECEMBER 22, 2016 AND MUST BE FULLY COMPLETED.**
You may also submit your claim online at WWW.MARKOSWELLSFARGOTCPA.COM or by calling 1-866-562-0143.

Full Name:

Address:

City:                    State:    Zip:            Zip 4 (optional):
                                                  –

Contact Phone Number:              Cell Phone Number On Which You Received A Call:

(   )    –                         (   )    –

(Your cell phone number must be listed in our records as one of the phone numbers that was called by Wells Fargo Bank, N.A. and included as part of the settlement. If you are not certain which of your cell phone numbers may have been called, you may submit each of them separately.)

**SELECTION OF CLAIM TYPE:**

☐ **Subclass One:** I used or subscribed to a cellular phone number to which Wells Fargo made or initiated one or more calls or texts in connection with a Residential Mortgage Loan.

☐ **Subclass Two:** I used or subscribed to a cellular phone number to which Wells Fargo made or initiated one or more calls or texts in connection with a Home Equity Loan.

☐ **Both Subclass One and Subclass Two**     ☐ **I don't know which Subclass I am in**

**CERTIFICATION**

By submitting this Claim Form, I certify that I received a call or text in connection with a Wells Fargo residential mortgage loan and/or a home equity loan without my prior express consent.

This process takes time, please be patient.

Para ver este aviso en español, visite WWW.MARKOSWELLSFARGOTCPA.COM;
For more information, visit WWW.MARKOSWELLSFARGOTCPA.COM

---

**LEGAL NOTICE**

*Markos v. Wells Fargo,* 15-cv-1156-LMM
(N.D.Ga.)

A settlement has been proposed in this lawsuit pending in U.S. District Court for the Northern District of Georgia ("Court").

This case claims that Wells Fargo Bank, N.A. ("Wells Fargo") violated the Telephone Consumer Protection Act by calling or sending texts to cellphones without prior express consent using an automatic telephone dialing system or artificial or prerecorded voice in connection with either a mortgage and/or a home equity loan. Wells Fargo denies that it did anything wrong.

Who Is Included? You are included in the Settlement as a "Class Member" if: (1) you live in the United States; and (2) you received one or more calls or texts to your cellular telephone from Wells Fargo Bank, N.A. in connection with either a residential mortgage loan ("Subclass One") and/or a home equity loan ("Subclass Two") during the Class Period, which is November 17, 2011 to February 29, 2016 for Subclass One and April 14, 2011 to February 29, 2016 for Subclass Two.

**Markos Wells Fargo TCPA**
**Settlement Claims Administrator**
**c/o GCG**
**P.O. Box 10301**
**Dublin, OH 43017-5901**

1234567890



Claim ID: 1234567890

Confirmation No: MMMMM011111111

JANE CLAIMANT
123 4TH AVE
APT 5
SEATTLE, WA  67890

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST–CLASS MAIL    PERMIT NO. 76    DUBLIN, OH

POSTAGE WILL BE PAID BY ADDRESSEE

**WELLS FARGO TCPA SETTLEMENT**
**C/O GCG**
**P.O. BOX 10301**
**DUBLIN OH 43017–9819**

*Markos, et al. v. Wells Fargo Bank, N.A.*, Case No. 1:15-cv-01156-LMM (N.D.Ga.) <u>**You might get a payment from this Settlement**</u>
<u>**Summary of the Settlement**</u>: Under the proposed Settlement, Wells Fargo has agreed to establish a Settlement Fund of $16,417,496.70 to: pay Class Members who make valid and timely claims; pay service awards of no more than $20,000 each to the three class representatives; pay attorneys' fees and costs awarded by the Court (plaintiffs will ask the Court to award fees and costs of up to 30% of the Settlement Fund, or $4,925,249.01); and pay settlement notice and administration costs. Any remaining monies from uncashed settlement checks may be redistributed or paid to a non-profit charity; the parties have proposed Habitat for Humanity. This is a summary notice only and additional details of the Settlement terms can be found at www.MarkosWellsFargoTCPA.com or by calling 1-866-562-0143. <u>**Can I Get Money from the Settlement?**</u> Yes, each Class Member who submits a valid and timely Settlement Claim will receive a cash award. How much each Class Member receives depends on how many people make approved claims. Class Counsel estimates that the amount of the cash award may be within the range of $25 to $75. <u>**How Do I Make A Settlement Claim?**</u> You can make a claim by either: 1) calling 1-866-562-0143; 2) submitting one online at www.MarkosWellsFargoTCPA.com; or 3) mailing a completed Claim Form downloaded from the Settlement website to the GCG address below. <u>**Do I Have a Lawyer?**</u> Yes. The Court has appointed lawyers from the following firms to represent Class Members: Lieff Cabraser Heimann & Bernstein, LLP and Burke Law Offices, LLC have been appointed co-lead counsel, and Meyer Wilson Co., LPA; Skaar & Feagle, LLP; Greenwald Davidson Radbil PLLC; Keogh Law Ltd.; Kazerouni Law Group, APC; Law Offices of Douglas J. Campion, APC; and Hyde & Swigart have been designated as additional class counsel. The lawyers will be paid from the Settlement Fund. You may enter an appearance through your own attorney if you so desire. <u>**What Should I Do?**</u> Class Members have four options: (1) <u>Submit a Claim</u> to the Settlement Administrator for a share of the Settlement Fund by December 22, 2016. If the settlement is approved, you will be bound by the Court's decisions in the lawsuit. You will not have the right to sue separately about the issues in the lawsuit. (2) <u>Remain a Class Member but object</u> to the Settlement. Instructions for objecting are available at www.MarkosWellsFargoTCPA.com. Objections and supporting documents must be sent to Class Counsel, defense counsel, and the Court and be postmarked by November 22, 2016. You may choose to pay for and be represented by a lawyer who may send the objection for you. (3) <u>Exclude yourself</u> from the Settlement by mailing a request form to the Settlement Administrator (not the Court). You must state in writing your name, address, and telephone number and state that you want to be excluded from the settlement. Exclusions must be postmarked no later than November 22, 2016. (4) <u>Do Nothing</u>: if you do nothing, you will remain part of the Settlement Class and will release your claims against the released parties, but you will not receive any money from this settlement. <u>**Scheduled Hearing**</u>: The judge scheduled a hearing for January 17, 2017, at 9:00 am in Courtroom 2107 of the U.S. District Court, Northern District of Georgia, 75 Ted Turner Drive, SW, Atlanta, GA 30303, regarding whether to give final approval to the Settlement, including the amounts of any attorneys' fees, costs and class representative awards. The hearing may be changed without notice. <u>**For more information,**</u> contact the Settlement Administrator: Visit: www.MarkosWellsFargoTCPA.com Call: 1-866-562-0143 Or Write: Markos Wells Fargo TCPA Settlement Claims Administrator, c/o GCG, P.O. Box 10301, Dublin, OH 43017-5901.

# EXHIBIT D



**Home Loan Call Settlement**
markoswellsfargotcpa.com
If Wells Fargo called/texted your cellphone
regarding HOME LOANS, you could be owed
money.

# EXHIBIT E

**If you received a call or non-emergency text from Wells Fargo on your cellular telephone, in connection with either a residential mortgage loan and/or a home equity loan, you could receive a payment from a class action settlement.**

SAN FRANCISCO, Sept. 23, 2016 /PR Newswire/ -- The following statement is being issued by Lieff Cabraser Heimann & Bernstein regarding Markos v. Wells Fargo Bank, N.A.

A lawsuit is currently pending claiming that Wells Fargo Bank, N.A., ("Defendant" or "Wells Fargo"), violated the Telephone Consumer Protection Act by calling, or sending non-emergency texts to, cellphones without prior express consent. The lawsuit claims Wells Fargo used an automatic telephone dialing system or artificial or prerecorded voice technology to make or initiate calls in connection with either a residential mortgage loan ("Subclass One") and/or a home equity loan ("Subclass Two") during the Class Period, which is November 17, 2011 to February 29, 2016 for Subclass One and April 14, 2011 to February 29, 2016 for Subclass Two. Wells Fargo denies that it broke the law and denies doing anything wrong.

Under the Settlement, which must be approved by the Court, each Class Member who submits a valid and timely Settlement Claim will receive a cash award. Class Counsel estimates that the amount of the cash award (while dependent upon the number of claims) may range from $25 to $75.

Class Members have four options:

(1) Submit a Claim to the Settlement Administrator to request a share of the Settlement Fund of $16,417,496.70 by December 22, 2016. If the settlement is approved, you will be bound by the Court's decisions in the lawsuit. You will not have the right to sue separately about the issues in the lawsuit. You can make a claim by: 1) calling 1-866-562-0143; 2) filing online at www.MarkosWellsFargoTCPA.com; or 3) mailing a completed Claim Form downloaded from the Settlement website to the address of the Settlement Administrator shown below.

(2) Remain a Class Member but object to the Settlement. Your objection and any documents that you wish for the Court to consider must be sent to Class Counsel, defense counsel, and the Court and be postmarked no later than November 22, 2016. You may choose to pay for and be represented by a lawyer who may send the objection for you. See the website for additional requirements if you intend to appear at the hearing.

(3) Exclude yourself from the Settlement by mailing a request form to the Settlement Administrator (not the Court) by November 22, 2016 that includes your name, address, and telephone number, and state that you want to be excluded from the settlement.

(4) Do Nothing. If you do nothing, you will remain part of the Settlement Class and will release your claims against the released parties, but you will not receive any money from this settlement.

The Court has appointed lawyers to represent Class Members. Lieff Cabraser Heimann & Bernstein, LLP and Burke Law Offices, LLC have been appointed co-lead counsel, and Meyer Wilson Co., LPA; Skaar & Feagle, LLP; Greenwald Davidson Radbil PLLC; Keogh Law Ltd.; Kazerouni Law Group, APC; Law Offices of Douglas J. Campion, APC; and Hyde & Swigart have been designated as additional class counsel. The lawyers will be paid from the Settlement Fund. You may enter an appearance through your own attorney if you so desire.

The U.S. District Court, Northern District of Georgia, located in Courtroom 2107, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303, will conduct a hearing on whether to give final approval to the Settlement, and if so, will determine what fees and expenses should be awarded to Class Counsel and whether incentive payments should be awarded to the Class Representatives who brought

this action. The hearing is presently scheduled for January 17, 2017 at 9:00 am, but may be changed without notice.

This is only a summary. For more information, visit: www.MarkosWellsFargoTCPA.com, call: 1-866-562-0143, or write: Markos Wells Fargo TCPA Settlement Claims Administrator, c/o GCG, P.O. Box 10301, Dublin, OH 43017-5901.

Para ver este aviso en español, visite www.MarkosWellsFargoTCPA.com

###

_____

**Contact:** Daniel Hutchinson 415.956.1000

SOURCE Lieff Cabraser Heimann & Bernstein

# EXHIBIT F



**GCG**
Garden City Group, LLC™

Home

Notice

Claim Form

Frequently Asked Questions

Court Documents

Additional Information

# Markos v. Wells Fargo TCPA Settlement
## www.MarkosWellsFargoTCPA.com

## Online Claim Form Submission

Welcome to the *Markos, et al. v. Wells Fargo Bank, N.A.* Settlement online Claim Filing. This Claim Form must be submitted no later than **December 22, 2016** to receive a Settlement Award.

If you received a call or text message on your cell phone from Wells Fargo between April 14, 2011 and February 29, 2016, your rights could be affected by a class action settlement.

You are included in the Settlement as a "Class Member" if you used or subscribed to a phone number to which Wells Fargo made or initiated one or more Calls during the Class Period using any automated dialing technology or artificial or prerecorded voice technology, according to Wells Fargo's available records, and you are within Subclass One and/or Two.

- **Subclass One** consists of persons who used or subscribed to a cellular phone number to which Wells Fargo made or initiated a Call or Calls in connection with a Residential Mortgage Loan between November 17, 2011 and February 29, 2016.
- **Subclass Two** consists of persons who used or subscribed to a cellular phone number to which Wells Fargo made or initiated a Call or Calls in connection with a Home Equity Loan between April 14, 2011 and February 29, 2016.

**If you also submit an Opt Out request, this Claim Form will be deemed invalid.**

If you received notice about the *Markos, et al. v. Wells Fargo Bank, N.A.* Settlement, you have been identified as a Class Member. Please enter the Claim ID Number and Confirmation Number provided on your notice below to begin the claims filing process.

**Claim ID Number**

**Confirmation Number**

☐ <u>I do not have a Claim ID Number</u>

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

**Proceed to File a Claim**

**GCG**
Garden City Group, LLC™

Home

Notice

Claim Form

Frequently Asked Questions

Court Documents

Additional Information

# Markos v. Wells Fargo TCPA Settlement
## www.MarkosWellsFargoTCPA.com

## Online Claim Form Submission

### CONTACT INFORMATION

Please enter your current address below. It is your responsibility to keep the Claims Administrator aware of any updates or changes to your current address. Please make any necessary address updates below.

### NAME AND ADDRESS

| | |
|---|---|
| Claimant Name* : | |
| Country* : | ----- SELECT COUNTRY ----- |
| Mailing Address* : | |
| | |
| | |
| | |
| City* : | |
| State* : | ----- SELECT STATE ----- |
| Zip* : | |
| Current Phone Number* : | |

Next



**GCG**
Garden City Group, LLC™

Home

Notice

Claim Form

Frequently Asked Questions

Court Documents

Additional Information

# Markos v. Wells Fargo TCPA Settlement
## www.MarkosWellsFargoTCPA.com

## Online Claim Form Submission

### SELECTION OF CLAIM TYPE

Please indicate below whether you are a member of Subclass One, Subclass Two, or both by checking the corresponding box.

I am a member of:

- ● **Subclass One:** I used or subscribed to a cellular phone number to which Wells Fargo made or initiated one or more calls or texts in connection with a <u>Residential Mortgage Loan</u>.

- ○ **Subclass Two:** I used or subscribed to a cellular phone number to which Wells Fargo made or initiated one or more calls or texts in connection with a <u>Home Equity Loan</u>.

- ○ **Both Subclass One and Subclass Two:** I used or subscribed to a cellular phone number to which Wells Fargo made or initiated one or more calls or texts in connection with a Residential Mortgage Loan **and** a Home Equity Loan.

- ○ **I don't know which Subclass I am in.**

Previous

Next



**GCG**
Garden City Group, LLC™

Home

Notice

Claim Form

Frequently Asked Questions

Court Documents

Additional Information

# Markos v. Wells Fargo TCPA Settlement
## www.MarkosWellsFargoTCPA.com

## Online Claim Form Submission

### CELL PHONE NUMBER

Please provide the Cell Phone Number(s) on which you received a call below:

| Cell Phone Number |
| --- |
|  |

**Add Another Cell Phone Number (+)**

Your cell phone number must be listed in our records as one of the phone numbers that was called by Wells Fargo Bank, N.A. and included as part of the settlement. If you are not certain which of your cell phone numbers may have been called, you may submit each of them separately.

### CERTIFICATION

By submitting this Claim Form, I certify that I received a call or text in connection with a Wells Fargo residential mortgage loan and/or a home equity loan without my prior express consent.

Previous                                                                    Submit

**GCG**
Garden City Group, LLC

Home

Notice

Claim Form

Frequently Asked Questions

Court Documents

Additional Information

# Markos v. Wells Fargo TCPA Settlement
## www.MarkosWellsFargoTCPA.com

### Online Claim Form Submission

**CONFIRMATION OF CLAIM FORM SUBMITAL**

Thank you for submitting your *Markos, et al. v. Wells Fargo Bank, N.A.* Settlement Claim Form. The details of your submission are below.

**CLAIM INFORMATION**

| | |
|---|---|
| **CLAIM NUMBER :** | 10015751 |
| **CLAIMANT NAME :** | JANE CLAIMANT |
| **CLAIMANT ADDRESS :** | 123 MAIN ST |
| | SEATTLE, WA-98101 |
| | US |
| **TELEPHONE NUMBER :** | (555) 555-5555 |

**CLAIM TYPE**

**Subclass One**

**PHONE NUMBER PROVIDED**

| Cell Phone Number |
|---|
| (555) 555-5555 |

 Print

# EXHIBIT G

<u>United States District Court for the Northern District of Georgia</u>

**IF YOU RECEIVED A CALL OR NON-EMERGENCY TEXT FROM WELLS FARGO ON YOUR CELLULAR TELEPHONE IN CONNECTION WITH A RESIDENTIAL MORTGAGE OR HOME EQUITY LOAN BY MEANS OF AN AUTOMATIC TELEPHONE DIALING SYSTEM AND/OR AN ARTIFICIAL OR PRERECORDED VOICE, YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

- Plaintiffs brought lawsuits alleging that Wells Fargo Bank, N.A. ("Wells Fargo") violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* by using an automatic telephone dialing system and/or an artificial or prerecorded voice to place calls or send non-emergency texts to cell phones ("Automatic Calls") in connection with residential mortgage and home equity loan accounts, and that these Automatic Calls were made without the prior express consent of Class Members. Wells Fargo denies the allegations in the lawsuits.

- A settlement has been reached in these cases and affects individuals who:

     1.  Received an Automatic Call regarding a Wells Fargo Residential Mortgage Loan Account between November 17, 2011 and February 29, 2016; **or**

     2.  Received an Automatic Call regarding a Wells Fargo Home Equity Loan Account between April 14, 2011 and February 29, 2016.

- The Settlement, if approved, would provide $16,417,496.70 to pay valid and timely claims of those persons who received any of the above-described Automatic Calls from Wells Fargo, as well as to pay Plaintiffs' attorneys' fees, service awards to the three class representatives, and administrative costs of the settlement; avoid the further cost and risk associated with continuing the lawsuits; and release Wells Fargo from further liability.

- **Your legal rights are affected whether you act or don't act. Read this notice carefully.**

- **On the website, www.MarkosWellsFargoTCPA.com, there is a complete notice of the settlement in Spanish. En el sitio web, www.MarkosWellsFargoTCPA.com, hay una notificación completa del acuerdo en Español. Para un operador telefónico de habla español, llame al 1-855-562-0143.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **Submit a Claim Form** | This is the only way to get a payment. You can submit a valid and timely claim form online at www.MarkosWellsFargoTCPA.com or by mail to Markos Wells Fargo TCPA Settlement Claims Administrator, c/o GCG, P.O. Box 10301, Dublin, OH 43017-5901 or by calling the toll-free number, 1-866-562-0143. If you fail to do so, you will not receive a settlement payment. |
| **Do Nothing** | Get no payment. Give up any rights to sue Wells Fargo separately regarding the legal claims in this case. |
| **Exclude Yourself OR "Opt Out" of the Settlement** | If you ask to be excluded, you will get no payment. You will also not waive any rights you may have against Wells Fargo with respect to the legal claims in this case. |
| **Object** | Write to the Court about why you believe the Settlement is unfair. |
| **Go to a Hearing** | Ask to speak in Court about the fairness of the Settlement. |

These rights and options - **and the deadlines to exercise them** - are explained in this notice.

The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made on valid and timely claims if the Court approves the Settlement and after any appeals are resolved. Please be patient.

| **WHAT THIS NOTICE CONTAINS** |
|:---:|

**BASIC INFORMATION** ..................................................................................................**PAGE 4**

1.   Why is there a notice?

2.   What is this class action lawsuit about?

3.   Why is there a Settlement?

**WHO IS IN THE SETTLEMENT** .................................................................... **PAGE 4**

4.   How do I know if I am part of the Settlement?

**THE SETTLEMENT BENEFITS - WHAT YOU GET** ................................................. **PAGE 5**

5.   What does the Settlement provide?

**HOW YOU GET A PAYMENT** .................................................................... **PAGE 5**

6.   How and when can I get a payment?

7.   What am I giving up to get a payment or stay in the Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** .......................................... **PAGE 6**

8.   How do I exclude myself from the Settlement?

**THE LAWYERS REPRESENTING YOU** .....................................................................**PAGE 7**

9.   Do I have a lawyer in this case?

10.  How will the lawyers and class representatives be paid?

**OBJECTING TO THE SETTLEMENT**.......................................................................**PAGE 7**

11.  How do I tell the Court that I do not think the Settlement is fair?

**THE COURT'S FAIRNESS HEARING**........................................................................**PAGE 8**

12.  When and where will the Court decide whether to approve the Settlement?

13.  May I speak at the hearing?

**IF YOU DO NOTHING**........................................................................................**PAGE 8**

14.  What happens if I do nothing at all?

**GETTING MORE INFORMATION** ......................................................................... **PAGE 8**

15.  How do I get more information?

## BASIC INFORMATION

### 1. Why is there a Notice?

A Court authorized this Notice because you have a right to know about a proposed Settlement of these class action lawsuits, and about all of your options, before the Court decides whether to approve the Settlement. If the Court approves the Settlement and after any objections or appeals are resolved, an administrator appointed by the Court will make the payments that the Settlement allows. Because your rights will be affected by this Settlement, it is important that you read this Notice carefully.

If you received a Notice in the mail, it is because, according to Wells Fargo's records, you may have received one or more Automatic Calls from Wells Fargo: (1) in connection with a Wells Fargo Residential Mortgage Loan Account between November 17, 2011 and February 29, 2016; **or** (2) in connection with a Wells Fargo Home Equity Loan between April 14, 2011 and February 29, 2016.

The Court in charge of the case is the United District Court for the Northern District of Georgia, and the case is known as *Markos v. Wells Fargo Bank, N.A.,* Case No. 1:15-cv-01156 (N.D. Ga.). The proposed Settlement would resolve all claims in *Markos v. Wells Fargo Bank, N.A.,* Case No. 1:15-cv-01156 (N.D. Ga.), as well as the claims in the following similar Actions: *Page v. Wells Fargo Bank, N.A.,* Case No. 1:15-cv-06511-MFK (N.D. Ill.) and *Davis v. Wells Fargo Bank, N.A.,* Case No. 1:15-cv-3140-TWT (N.D. Ga.). The people who sued are called Plaintiffs, and the company they sued, Wells Fargo Bank, N.A. is called the Defendant and is referred to in this Notice as "Wells Fargo."

### 2. What are these class action lawsuits about?

A class action is a lawsuit in which the claims and rights of many people are decided in a single court proceeding. Representative plaintiffs, also known as "class representatives," assert claims on behalf of the entire class.

The Representative Plaintiffs filed these cases alleging that Wells Fargo violated the TCPA by using an automatic telephone dialing system and/or an artificial or prerecorded voice to call or text cell phones without the prior express consent of the recipients.

Wells Fargo denies that it did anything wrong, or that this case is appropriate for treatment as a class action.

### 3. Why is there a Settlement?

The Court did not decide in favor of the Plaintiffs or Defendant. Both sides agreed to a settlement instead of going to trial. That way, they avoid the cost of a trial, and the people affected will get compensation. The Representative Plaintiffs and their attorneys think the Settlement is best for all Class Members.

## WHO IS IN THE SETTLEMENT?

### 4. How do I know if I am part of the Settlement?

The Settlement provides relief for all Class Members, who are described as all users or subscribers to a wireless or cellular service within the United States who used or subscribed to a telephone number to which Wells Fargo made or initiated one or more calls or non-emergency texts using an automatic telephone dialing system or artificial or prerecorded voice technology, according to Wells Fargo's available records, and who:

(1)   Used or subscribed to a cellular phone number to which Wells Fargo made or initiated a call or non- emergency text in connection with a Residential Mortgage Loan from November 17, 2011 to February 29, 2016 ("Subclass One");

**Or**

(2)   Used or subscribed to a cellular phone number to which Wells Fargo made or initiated a call or non- emergency text in connection with a Home Equity Loan from April 14, 2011 to February 29, 2016 ("Subclass Two").

Individuals may be members of more than one group. Persons who received both a Subclass One and a Subclass Two call or text may file two claims.

Excluded from the Class are Defendant; its parent companies, affiliates or subsidiaries, or any employees thereof, and any entities in which any of such companies has a controlling interest; the judge or magistrate judge to whom any of the Actions are assigned; and, any member of those judges' staffs and immediate families.

If you have questions about whether you are a Class Member, or are still not sure whether you are included, you can call 1-866-562-0143 or visit www.MarkosWellsFargoTCPA.com for more information.

## THE SETTLEMENT BENEFITS - WHAT YOU GET

### 5. What does the Settlement provide?

Wells Fargo has agreed to pay a total settlement amount of $16,417,496.70 which will be used to create a Settlement Fund to pay Settlement Awards to Class Members who submit a valid and timely claim, pay Plaintiffs' attorneys' fees and costs, pay service awards to the Representative Plaintiffs, and pay costs and expenses of settlement administration.

Any remaining monies from uncashed Settlement Awards may be redistributed in a second distribution to Class Members who submitted a valid and timely claim. However, if a second distribution would result in less than $1 per qualifying claimant, the remaining monies will instead be donated to Habitat for Humanity.

## HOW YOU GET A PAYMENT

### 6. How and when can I get a payment?

Each Class Member who submits a valid and timely Claim Form will receive a Settlement Award. A Settlement Award is a cash payment. The final cash payment amount will depend on the total number of valid and timely claims filed by all Class Members. Class Counsel estimates that the amount of the cash award (while dependent upon the number of claims) may be within the range of $25 to $75. Eligible Class Members may make 1) one claim for any Subclass One Calls, and 2) one claim for any Subclass Two Calls, depending on the Subclass or Subclasses to which the Class Member belongs. A Class Member may only make a claim pertaining to the Subclass or Subclasses to which he or she belongs.

Claims may be submitted **by no later than December 22, 2016**, electronically at info@MarkosWellsFargoTCPA.com, or by calling the toll-free number 1-866-562-0143, or by mail to:

Markos Wells Fargo TCPA Settlement Claims Administrator
c/o GCG
P.O. Box 10301
Dublin, OH 43017-5901

The Court will hold a hearing on January 17, 2017 to decide whether to approve the Settlement. If the Settlement is approved, appeals may still follow. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. Please be patient.

### 7. What am I giving up to get a payment or stay in the Class?

If you are a Class Member, unless you exclude yourself, you can't sue, continue to sue, or be part of any other lawsuit against Wells Fargo about the legal issues in this case and all of the decisions and judgments by the Court will bind you.

For non-emergency calls or text messages made using an automatic telephone dialing system and/or an artificial or prerecorded voice without the prior express consent of the called party, the TCPA provides for damages of $500 per violation, or up to $1,500 for willful violations, plus an injunction limiting future conduct. However, Wells Fargo has denied that it made any illegal calls or sent any illegal texts to anyone, and in any future lawsuit it will have a full range of potential defenses, including that it had prior express consent to make the calls. In addition, please note that the TCPA does not provide for attorneys' fees to prevailing individual plaintiffs. This settlement permits class members the opportunity to obtain a smaller amount of money, risk-free.

If you file a Claim Form for benefits or do nothing at all, you will be unable to file your own lawsuit regarding the claims described in this Notice, and you will release Wells Fargo from any liability for the Released Claims defined below and in the Settlement.

Remaining in the Class means that you, as well as your respective assigns, executors, administrators, successors and agents, will release, resolve, relinquish and discharge each and all of the Released Parties from each of the Released Claims (as defined below). You further agree that you and they will not institute any action or cause of action (in law, in equity or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which you may have or claim to have, in state or federal court, in arbitration, or with any state, federal or local government agency or with any administrative or advisory body, arising from the Released Claims.

"Released Claims" mean any and all claims, causes of action, suits, obligations, debts, demands, agreements, promises, liabilities, damages, losses, controversies, costs, expenses and attorneys' fees of any nature whatsoever, whether based on any federal law, state law, common law, territorial law, foreign law, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory, as of the date of the Final Approval Order, that arise out of the Released Parties' use of an "automatic telephone dialing system" or "artificial or prerecorded voice" to contact or attempt to contact Settlement Class Members in connection with a Residential Mortgage Loan and/or a Home Equity Loan during the Class Period. Released Claims include the claims of Wells Fargo Residential Mortgage Loan account holders, Home Equity Loan account holders, and non-account holders who are members of the Settlement Class. Notwithstanding the above, the Parties agree that any claims related to calls made in an attempt to collect any debts other than those allegedly owed for a Wells Fargo Residential Mortgage Loan and/or a Home Equity Loan are not released.

The Settlement Agreement (available at the website) provides more detail regarding the release and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. You can talk to the law firms representing the Class listed in Question 9 for free, or you can, at your own expense, talk to your own lawyer if you have any questions about the Released Parties or the Released Claims or what they mean.

The release does not apply to Class Members who timely opt-out of the Settlement.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from this Settlement, and you want to keep the right to sue or continue to sue Wells Fargo on your own about the legal issues in this case, then you must take steps to exclude yourself from the Settlement.

**8. How do I exclude myself from the Settlement?**

To exclude yourself from the Settlement, you must send a letter by mail saying that you want to be excluded from *Markos v. Wells Fargo Bank, N.A.,* Case No. 1:15-cv-01156-LMM (N.D. Ga.). Be sure to include your full name, address, and telephone number. You must also include a statement that you wish to be excluded from the Settlement. **You must mail your exclusion request postmarked no later than, November 22, 2016** to:

Markos Wells Fargo TCPA Settlement Claims Administrator
c/o GCG
P.O. Box 10301
Dublin, OH 43017-5901

If you ask to be excluded, you will not get any Settlement Award and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Wells Fargo in the future. Although no other person may exclude you from the Settlement Class, nothing prohibits you from obtaining the assistance of another, such as a lawyer or family member, in preparing or submitting any individual exclusion.

## THE LAWYERS REPRESENTING YOU

### 9. Do I have a lawyer in this case?

The Court appointed the following law firms to represent you and other Class Members:

Lieff Cabraser Heimann & Bernstein, LLP and Burke Law Offices, LLC have been designated as co-lead counsel. Meyer Wilson Co., LPA; Skaar & Feagle, LLP; Greenwald Davidson Radbil PLLC; Keogh Law Ltd.; Kazerouni Law Group, APC; Law Offices of Douglas J. Campion, APC; and Hyde & Swigart have been designated as additional class counsel.

All of these lawyers are called Class Counsel. You will not be charged separately for these lawyers' services. If you want to be represented by your own lawyer, you may hire one at your own expense.

Additionally, you may enter an appearance through your own attorney if you so desire, but you do not need to do so.

### 10. How will the lawyers and class representatives be paid?

Class Counsel will ask the Court to approve payment of up to $4,925.249.01 (30% of the Settlement Fund) to compensate them for expenses and for attorneys' fees for investigating the facts, litigating the case, and negotiating the Settlement. Class Counsel will also request an award of service payments of $20,000 each to the three Class Representatives, in compensation for their time and effort. The Court may award less than these amounts. These payments, along with the costs of administering the Settlement, will be made out of the Settlement Fund.

Any objection to Class Counsel's application for attorneys' fees and costs may be filed, and must be postmarked, no later than November 22, 2016, which is 28 days following the filing of Class Counsel's motion for an award of attorneys' fees and costs.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

### 11. How do I tell the Court that I do not think the Settlement is fair?

You can tell the Court that you don't agree with the Settlement or some part of it. If you are a Class Member, you can object to the Settlement if you do not think the Settlement is fair. You can state reasons why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter saying that you object to the proposed Settlement in *Markos v. Wells Fargo Bank, N.A.,* Case No. 1:15-cv-01156-LMM (N.D. Ga.). Be sure to include your full name, address, telephone number, the reasons you object to the Settlement and whether you intend to appear at the fairness hearing on your own behalf or through counsel. All objections shall identify any lawyer that represents you as to the Actions or your objection. Any documents that you wish for the Court to consider must also be attached to the objection. **Your objection to the Settlement must be postmarked no later than November 22, 2016.**

The objection must be mailed to the following:

| | |
|---|---|
| *Markos v. Wells Fargo Bank, N.A.*<br>Case No. 1:15-cv-01156-LMM (N.D. Ga.)<br>Clerk of the Court<br>U.S. District Court for the Northern<br>District of Georgia 2211 United States<br>Courthouse 75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111 |
| Markos Wells Fargo TCPA Settlement Claims Administrator<br>c/o GCG<br>P.O. Box 10301<br>Dublin, OH 43017-5901 | Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |

## THE FAIRNESS HEARING

### 12. When and where will the Court decide whether to approve the Settlement?

The Court will hold a hearing to decide whether to approve the Settlement. This Fairness Hearing will be held at 9:00a.m. on January 17, 2017 at the United States District Court for the Northern District of Georgia, 75 Ted Turner Drive, SW, Atlanta, GA 30303, in Courtroom 2107. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the website for updates. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and whether to award attorneys' fees, expenses, and incentive awards as described above, and in what amounts. If there are objections, the Court will consider them. At or after the hearing, the Court will decide whether to approve the Settlement. We do not know how long it will take the Court to issue its decision. It is not necessary for you to appear at this hearing, but you may attend at your own expense.

### 13. May I speak at the hearing?

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that you intend to appear at the Fairness Hearing in *Markos v. Wells Fargo Bank, N.A.*, Case No. 1:15-cv-01156-LMM (N.D. Ga.). Be sure to include your full name, address, and telephone number and the case number (1:15-cv-01156-LMM). Your letter stating your notice of intention to appear must be postmarked no later than November 22, 2016 and be sent to the Clerk of the Court, United States District Court for the Northern District of Georgia, 75 Ted Turner Drive SW, Atlanta, GA 30303. You cannot speak at the hearing if you exclude yourself.

## IF YOU DO NOTHING

### 14. What happens if I do nothing at all?

If you do nothing, and are a Class Member, you will not receive a payment after the Court approves the Settlement and any appeals are resolved. In order to receive a payment, you must submit a claim form. Unless you exclude yourself, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Wells Fargo about the legal issues in this case ever again.

## GETTING MORE INFORMATION

### 15. How do I get more information?

This Notice summarizes the proposed Settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement by calling the Claims Administrator toll-free at 1-866-562-0143, writing to: Markos Wells Fargo TCPA Settlement Claims Administrator, c/o GCG, P.O. Box 10301, Dublin, OH 43017-5901; or visiting the website at www.MarkosWellsFargoTCPA.com, where you will also find answers to common questions about the Settlement, a claim form, plus other information to help you determine whether you are a Class Member and whether you are eligible for a payment.

On the website, www.MarkosWellsFargoTCPA.com, there is a complete notice of the settlement in Spanish. En el sitio web, www.MarkosWellsFargoTCPA.com, hay una notificación completa del acuerdo en Español.

# EXHIBIT H

WF1

**MUST BE POSTMARKED ON OR BEFORE DECEMBER 22, 2016**

**Markos Wells Fargo TCPA Settlement Claims Administrator**
**c/o GCG**
**P.O. Box 10301**
**Dublin, OH 43017-5901**
**Toll-Free: 1 (866) 562-0143**



Confirmation No:

**Claim Form**
**Markos, et al. v. Wells Fargo Bank, N.A.**
(This claim form should only be used if a claim is being mailed in and is not being filed online at
www.MarkosWellsFargoTCPA.com or through the telephone claim filing services at 1-866-562-0143.)

First Name:

Last Name:

Street Address 1:

Street Address 2:

City:                                                                State:        Postal / Zip Code:

Current Phone Number:                                           Claim ID:

( )          -

Cell Phone Number on which you received a call:                (if known; this number can be found on the front of
                                                                the Postcard sent, above your name)

( )          -

(Your cellphone number must be listed in our records as one of the phone numbers that was called by Wells Fargo Bank, N.A.
and included as part of the settlement. If you are not certain which of your cellphone numbers may have been called, you may
submit each of them separately.)

### SELECTION OF CLAIM TYPE
Please indicate below whether you are a member of Subclass One, Subclass Two, or both:

☐ **Subclass One:** I used or subscribed to a cellular phone number to which Wells Fargo made or initiated one or more
calls or texts in connection with a Residential Mortgage Loan.

☐ **Subclass Two:** I used or subscribed to a cellular phone number to which Wells Fargo made or initiated one or more
calls or texts in connection with a Home Equity Loan.

☐ **Both Subclass One and Subclass Two:** I used or subscribed to a cellular phone number to which Wells Fargo made
or initiated one or more calls or texts in connection with a Residential Mortgage Loan and a Home Equity Loan.

☐ **I don't know which Subclass I am in.**

### CERTIFICATION
By submitting this Claim Form, I certify that I received a call or text in connection with a Wells Fargo residential mortgage
loan and/or a home equity loan without my prior express consent.

**Please submit your completed claim form to:**
**Markos Wells Fargo TCPA Settlement Claims Administrator**
**c/o GCG**
**P.O. Box 10301**
**Dublin, OH 43017-5901**
**Postmarked no later than December 22, 2016**

# EXHIBIT I

## MARKOS V. WELLS FARGO TCPA SETTLEMENT
## EXCLUSION LIST:
## TIMELY

| GCG ID NO. | CLASS MEMBER NAME | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|---|
| 3873 | AARON RAMSEY | 2628 | BROOKE BAZILE |
| 5728 | ADAM DILTS | 5157740 | CANDACE BOHOLST |
| 5157770 | ADAM ELEND | 5157791 | CANDACE GRAY |
| 5157833 | ADAM NEAL | 5157804 | CARA LEHMANN |
| 5157836 | ADAM NEHAMA | 5157782 | CARMELA FOURNIER |
| 3727891 | ADLER LEWIS | 5157725 | CAROL ANN |
| 3857540 | ADRIAN GUILFORD | 1856804 | CAROL J FAWVER |
| 5157876 | ADRIANA VAIRO | 5157884 | CAROL WESTFALL |
| 5157788 | ALAN GOLDSTEIN | 2506525 | CAROLYN I RUBY |
| 5157811 | ALAN MATTHEWS | 5157867 | CATHERINE SWINSKI |
| 5157883 | ALAN WESTFALL | 2953536 | CATHERINE W DUEASE |
| 5157741 | ALBERT BOHOLST | 5157781 | CATHY FORREST |
| 5157838 | ALEXIS NORMANDIA | 5157855 | CELESTE RADOVANOVIC |
| 1393 | ALFRED HERCZEG | 5157760 | CHAD CRAIG |
| 5157739 | ALTON BERTELMANN | 3848 | CHARLES DOTSON |
| 5157731 | AMERICA BALES | 4180839 | CHARLES E COOK |
| 5730 | AMY A PERRY | 636 | CHERRENE TAYLOR |
| 5157800 | AMY JOHNSON | 5157847 | CHERYL PATTISHALL |
| 5157850 | AMY PELLETIER | 5157789 | CHRISTIAN GRAB |
| 5068061 | ANDREA G BRATCHER | 1152140 | CHRISTIE S JONES |
| 5157878 | ANDREA VASSAR | 3437622 | CHRISTINA A BULLOCK |
| 1920236 | ANGELA L NEHAMA | 5157769 | CHRISTINA DYAKON |
| 4417540 | ANGELA M WORLEY | 5157728 | CHRISTINE ARRINGTON |
| 1372520 | ANGELA MENDOLA | 5157813 | CHRISTINE MCCALL |
| 5157735 | ANGELIA BEAN | 5157736 | CHRISTOPHER BECKETT |
| 5157822 | ANGELIQUE MEDVESKY | 2311460 | CHRISTOPHER R SKIFF |
| 4842601 | ANNA MARIE SIMPSON | 5157771 | CIARA ELEND |
| 5157799 | ANNE JOHNS | 4348280 | CLAYTON MAMIE |
| 5157845 | ANTHONY PALLAZOLA | 5157795 | CRAIG HOLMES |
| 5157842 | APRIL OLIVAS | 1048931 | DANIEL MILLER |
| 3254997 | ARTHUR J HERROLD | 5157825 | DANIEL MORGAN |
| 5157879 | ASHLYN WARD- YEAGER | 5157854 | DANIEL RADOVANOVIC |
| 3625365 | ASHOT T DAVTYAN | 5157864 | DANIEL SOBSTYL |
| 5157865 | BARBARA SOBSTYL | 5157875 | DANIEL VAIRO |
| 3860431 | BARRY B BROWN | 1168948 | DARLENE T DANNETTELLE |
| 6272 | BETH TILLEY | 1200769 | DAVID BRAND PLEAT |
| 5157753 | BRIAN CARROLL | 4963674 | DAVID E MOSBERG |

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| GCG ID NO. | CLASS MEMBER NAME | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|---|
| 5157786 | DAVID GIBSON | 2556198 | FRANCIS TILLEY |
| 400 | DAVID GONZALEZ | 4294958 | G F WOOTTON |
| 1151825 | DAVID H DULL | 3850 | GAYLE LAHEY |
| 2028064 | DAVID HAZAN | 1396 | GEOFFREY MATTHEWS |
| 5157798 | DAVID JOHNS | 5157861 | GHASSAN SHAHIN |
| 4974566 | DAVID L JINKS | 5157837 | GIANG NGUYEN |
| 5157858 | DAVID RODRIGUEZ | 4324393 | GLADYS B HARRIS |
| 4758127 | DEANNA L ROTH | 5157873 | GLENDA TULABOT |
| 5157882 | DEANNA WEFEL | 4685687 | GLENN F DAVIS |
| 4917378 | DEARY MARJORIE | 4639789 | GORMAN BLANCA |
| 5157860 | DEBORAH SAVOCA | 4831851 | GOTTLIB SHIMON |
| 5157744 | DEBRA BRANWELL | 5157874 | GREGORY TUMAN |
| 6274 | DEBRA L SCHWOEGLER | 5743 | GUY MCCANN |
| 4802021 | DELIA MONGELI | 1313754 | HAZEL M SIDDENS |
| 5731 | DENISE JOHNSON | 4160245 | HEINRICH FAUPEL |
| 3721318 | DIALE JOANN | 5157830 | HELEN MULLOZZI |
| 5157808 | DIANE MARRERO | 1997600 | HERNANDEZ BERENICE |
| 1301501 | DIANNA K FREY | 2062867 | HILARY B POWELL |
| 3688322 | DIGIOVANNI JR JACK | 5157724 | HILLARY AMORIELLO |
| 5761 | DOMINGO MONGELI | 3867095 | HOLLY K ABBUEHL |
| 5157809 | DONALD MASSE | 5157857 | HOLLY RODDY |
| 4429867 | DONNA H HICKS | 1147878 | HOMER I LOCKHART |
| 5157844 | DONNA PALER | 5157733 | HOPE BARNABY |
| 3867872 | DORCEA BLAKE | 5157812 | HUGH MCCAIN |
| 4271304 | DOROTHY K TURNER | 4851559 | IKHUOYA P BRAIMAH |
| 3536239 | DUPREE JEAN ANN MARIE | 6542 | IRENE M SPITALETTO |
| 5157819 | EDDIE MEDINA | 5157820 | IRMA CUESTAS MEDINA |
| 4891162 | EDWARD W CALVERT | 5157730 | JACK BALES |
| 5157761 | ELIZABETH CRAIG | 1212686 | JACKSON L HAVERLY |
| 3523290 | ELIZABETH WISE | 3851 | JACOB CHARLES |
| 5157810 | ERIKA MATOS | 1488701 | JACQUELINE WILLIAMS |
| 4374875 | ESTATE OF LYNDA G WHIPPLE | 1424 | JAIME COGLES |
| 2789816 | ESTATE OF MICHAEL W WILLIAMS | 1435649 | JAMES A SCHWOEGLER |
| 1056050 | EUGENIA A DUNCAN | 4573552 | JAMES D GRAVES |
| 5157776 | FABRIZIO FERRARI | 4597605 | JAMES J GIERMEK |
| 1023678 | FLORES BLANCA MARLENY | 5157831 | JAMIE MURROW |
| 6278 | FRANCHESCA GRAVES | 4197891 | JAN M PRIBBLE |

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| GCG ID NO. | CLASS MEMBER NAME | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|---|
| 5157749 | JANE BUIKEMA | 5157796 | KATIE HOWARD |
| 4351817 | JANICE K WADE | 5157790 | KATYE GRAB |
| 3976289 | JARED N JOHNSON | 2129873 | KENSEY L RODRIGUEZ |
| 5157862 | JAROSLAVA SHAHIN | 5157814 | KERRY MCCANE |
| 3847 | JASON HAIGHT | 5157742 | KEVIN BOUTON |
| 5157767 | JAY DUCHNOWSKI | 2268988 | KEVIN M MAYFIELD |
| 5157840 | JAY O'DRISCOLL | 5157732 | KHARLIE BARNABY |
| 2340734 | JEFFREY D PRESZ | 5157816 | KIDADA MCNAIR |
| 5157852 | JEFFREY POTTER | 5157849 | KRISTIE PECKA |
| 5157746 | JENNIFER BRAZEL | 5157853 | KRISTY POTTER |
| 5157802 | JENNIFER JUCHNO | 3853 | LATOYA LAWSON |
| 3536 | JERALD G SIMPSON | 5157792 | LAURIE GREENWALD |
| 5157785 | JEREMY GARNER | 4274739 | LEAH M SWEENEY |
| 5157868 | JEROME THOMPSON | 4850298 | LEE D LYLES |
| 5736 | JERRY D ADAMS | 5157759 | LENEVA CLEVELLE |
| 5157773 | JOHANNA ELLIS | 2000850 | LINDA B ARNOLD |
| 5762 | JOHN A PRIBBLE | 5157794 | LINDSEY HARRELL |
| 5157729 | JOHN ARRINGTON | 5157748 | LISA BROUILLARD |
| 5157734 | JOHN BEAN | 5157877 | LISA VANHAEREN |
| 2947829 | JOHN C DUEASE III | 3842 | LOLITA DASH-PITTS |
| 5157758 | JOHN CLEVELLE | 3971670 | LONNIE WAYNE DYE |
| 5157803 | JOHN KAMENAR | 5157766 | LORRAINE DANIELS |
| 5157856 | JOHN RODDY | 5157722 | LUCILLE ALVAREZ |
| 4311990 | JOHN S BUTALLA JR | 5157843 | LUIS OLIVAS |
| 3553826 | JONAE C FELTON | 5157815 | MARCUS MCINTEE |
| 5157720 | JOSEPH ACCARDO | 5157778 | MARGARET FITZGERALD |
| 5157801 | JOSEPH JOHNSON | 4751715 | MARIA T FIGUEROA |
| 3957021 | JOSEPH L MENDOLA | 5157768 | MARIANNE DUDA |
| 2963218 | JOSEPH M DEMMI JR | 5157762 | MARK CREASY |
| 5157752 | JOSEPHINE CARMELLENGO | 3925878 | MARK E WILSON |
| 4373832 | JOYCE B WINTER | 5157863 | MARK SHEPARD |
| 5157757 | JULIE CLAYSON | 5157828 | MARLA MOSBERG |
| 5157787 | KAREEM GOLDSON | 5157818 | MARYLS MECKLER |
| 5157754 | KAREN CARROLL | 5763 | MATHEW C RUBY |
| 4959423 | KAREN D MORALES | 5157821 | MATT MEDVESKY |
| 3249 | KAREN L HICKS | 4591022 | MATTHEW A FREE |
| 5157859 | KAREN RODRIGUEZ | 1567803 | MEGHAN J ARMSTRONG |

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| GCG ID NO. | CLASS MEMBER NAME | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|---|
| 2268993 | MELANIE M MAYFIELD | 5764 | RICHARD A WORLEY |
| 5157764 | MELISSA CRIDER | 4243860 | RICHARD F HESS |
| 6283 | MELODY R CALVERT | 5157805 | RICHARD LEONG |
| 1435893 | MEREDITH A KING | 4252452 | RICHARD SIMONELLI |
| 5157775 | MERIDA FERNANDEZ | 2460531 | ROBERT F GODFREY |
| 5157747 | MICHAEL BROUILLARD | 2554817 | ROBERT H WILSON |
| 5157756 | MICHAEL CLAYSON | 1260244 | ROBERT M RAMIREZ |
| 5157834 | MICHELLE NEAL | 5157824 | ROBERT MORGAL |
| 5157817 | MILTON MECKLER | 5157881 | ROBERT WEFEL |
| 5733 | MIRIAM LUGO | 5157886 | ROBERT WILLIAMS |
| 3695815 | MISTY L TERRY | 1874396 | RODRIGUEZ MARGARET |
| 5157872 | MORIAN TULABOT | 4177147 | ROGER CRAIN |
| 5157738 | NANCY BERTELMANN | 5742 | RUSSELL E DANNETTELLE |
| 5157848 | NEIL PECKA | 5157866 | RUSSELL STAFFORD |
| 5157777 | NICOLE FERRARI | 2373698 | RYAN L OVERTON |
| 1210740 | NOLAN EILEEN | 4386724 | RYAN T NORTHRUP |
| 5157721 | OSCAR ALVAREZ | 4622350 | SABUCO EPIFANIO |
| 5032907 | PATRICIA A NAGLE | 3818102 | SANDRA LEE GEMEREK |
| 5737 | PATRICIA FAUPEL | 1541528 | SANDY MORGAN |
| 5157797 | PATRICIA HUBBARD | 5157806 | SARAH LEONG |
| 5157807 | PATRICIA MARINELLI | 5028555 | SAUNDRA ADAMS |
| 5157846 | PATRICIA PALLAZOLA | 5157783 | SHAWN FRANKENBERGER |
| 4250726 | PAUL A JOHNSON | 1791572 | SHMUEL LOWENBEIN |
| 5157772 | PAUL ELLIS | 2992662 | SILVER SALAZAR |
| 3170844 | PAULA FRANCISCA RAMSEY | 4593256 | STACY L COOLEY |
| 2743937 | PEARSON TERRIANNE | 4844750 | STARK KAREN ANN |
| 3083493 | PEGGY Y FRASCO | 5157841 | STEPHANIE O'DRISCOLL |
| 3967206 | PERRY CLEDUS PENNY | 2693611 | STEPHEN A YOUMANS |
| 5157851 | PERRY PLATISHA | 5324 | STEVEN ARMSTRONG |
| 5157793 | PHILIP GREENWALD | 5157880 | STEVEN WARD- YEAGER |
| 5157826 | PHILIP MORROW | 5157784 | SUMMER GARNER |
| 1525028 | RACHEL M DILTS | 4362637 | SYLVIA P MASTERS |
| 4236430 | RAYMOND L DOHERTY | 5157869 | TAHSHEIKA THOMPSON |
| 5157870 | REBECCA TRANTHEM | 6286 | TAMARA CRAIN |
| 5739 | RENA HAZAN | 2347460 | TANYA R OETKEN |
| 3821273 | RHONDA R HERNANDEZ | 2028243 | TAWANDA R CAUSAY |
| 5157885 | RHONDA WILLIAMS | 3657229 | TETYANA L DAVTYAN |

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| GCG ID NO. | CLASS MEMBER NAME | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|---|
| 5157774 | THEODORE EUL | 1395 | VERNA ROSS |
| 3009984 | THEODORE H SPITALETTO | 4725757 | VICTOR H FIGUEROA |
| 5157745 | THOMAS BRAZEL | 5157871 | VICTORIA TRANTHEM |
| 5157780 | THOMAS FORREST | 1519285 | WALTER S HANSON |
| 1206295 | THOMAS LEGG | 5157839 | WANDA NORMANDIA |
| 5157737 | TIMOTHY BERBENICH | 5157743 | WENDY BOUTON |
| 5157763 | TIMOTHY CRIDER | 5157723 | WILLIAM AMORIELLO |
| 3160232 | TIMOTHY J MAURO | 5157765 | WILLIAM DANIELS |
| 4942458 | TIMOTHY W SWEENEY | 5157779 | WILLIAM FITZGERALD |
| 1199670 | TONYA K CATO | 3905266 | WILLIAM J CARBO |
| 5157751 | TRACY CARDWELL | 5745 | WILLIAM J COOLEY |
| 5157832 | TRACY MURROW | 5157829 | WILLIAM MULLOZZI |
| 3841817 | VARDAN M DAVTYAN | 5065536 | WILLIAMS ERNESTINE |

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
UNTIMELY

| GCG ID NO. | CLASS MEMBER NAME | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|---|
| 6554 | DAVID TOLEDO | 3922610 | PATRICK WATTS |
| 1557251 | DEBORAH A GASKINS | 5755 | STEVEN C GASKINS |
| 4123420 | JANIS MEIN | 6295 | TELITHIA 'TINA' KELLEY |
| 5756 | MACIE YOUNG | | |

# EXHIBIT J




**BOSS LAW**
PROTECT YOUR FUTURE

PROTECTYOURFUTURE.COM

**November 18, 2016**

*Sent via Federal Express*
*Federal Express Tracking No:* 777752331585
Markos Wells Fargo TCPA Settlement Claims Administrator
c/o GCG
P.O. Box 10301
Dublin, OH 43017-5901


Re:   **Case No. 1:15-cv-011560-LMM (N.D. Ga.).**
      **MARKOS v. WELLS FARGO BANK, N.A.**

To whom it may concern:

    We currently represent the attached list of clients in the above referenced manner. We have contacted and subsequently received consent from each of these clients to opt-out of the Wells Fargo settlement agreement on their behalf. The clients listed in the attached document would like to opt-out of this agreement, exclude themselves from this settlement, and maintain the ability to pursue their potential claims against Wells Fargo in the future.

    Should you have any questions or concerns please do not hesitate to contact our office.


Sincerely,

Christopher W. Boss, Esq.


*Cc: Frank R. Springfield, Esq.*
*Burr & Forman LLP*
*201 North Franklin Street*
*Suite 3200*
*Tampa, FL 33602*

| Last Name | First Name | Address | Phone Number |
|---|---|---|---|
| Accardo | Joseph | Houston, TX 77095 | |
| Alvarez | Oscar | Oldsmar, FL 34677 | |
| Alvarez | Lucille | Oldsmar, FL 34677 | |
| Amoriello | William | New Port Richey, FL 34655 | |
| Amoriello | Hillary | , New Port Richey, FL 34655 | |
| Ann | Carol | Wesley Chapel, FL 33543 | |
| Armstrong | Steven | Apollo Beach, FL 33572 | |
| Armstrong | Meghan | Apollo Beach, FL 33572 | |
| Arrington | Christine | Land O'Lakes, FL 34638 | |
| Arrington | John | Land O'Lakes, FL 34638 | |
| Bales | Jack | Riverview, FL 33578 | |
| Bales | America | Riverview, FL 33578 | |
| Barnaby | Kharlie | Riverview, FL 33579 | |
| Barnaby | Hope | Riverview, FL 33579 | |
| Bean | John | New Port Richey, FL 34652 | |
| Bean | Angelia | New Port Richey, FL 34652 | |
| Beckett | Christopher | Round Rock, TX, 78681 | |
| Berbenich | Timothy | Tampa, FL 33607 | |
| Bertelmann | Nancy | Lakeland, FL 33811 | |
| Bertelmann | Alton | Lakeland, FL 33811 | |
| Boholst | Candace | Tampa, FL, 33647 | |
| Boholst | Albert | Tampa, FL, 33647 | |
| Bouton | Kevin | Suwanee, GA 30024 | |
| Bouton | Wendy | Suwanee, GA 30024 | |
| Branwell | Debra | Vero Beach, FL 32962 | |
| Brazel | Thomas | Ruskin, FL 33570 | |
| Brazel | Jennifer | Ruskin, FL 33570 | |
| Brouillard | Michael | Salem, NH 03079 | |
| Brouillard | Lisa | Salem, NH 03079 | |
| Buikema | Jane | Wesley Chapel, FL 33543 | |
| Buikema | Jane | Wesley Chapel, FL 33543 | |
| Cardwell | Tracy | Clearwater, FL 33762 | |
| Carmellengo | Josephine | Odessa, FL 33556 | |
| Carroll | Brian | Marshfield, MA 02050 | |

| | | |
|---|---|---|
| Carroll | Karen | Marshfield, MA 02050 |
| Clayson | Michael | Seffner, FL 33584 |
| Clayson | Julie | Seffner, FL 33584 |
| Clevelle | John | St. Petersburg, FL 33715 |
| Clevelle | Leneva | St. Petersburg, FL 33715 |
| Craig | Chad | Largo, FL 33773 |
| Craig | Elizabeth | Largo, FL 33773 |
| Creasy | Mark | Awendaw, SC 29429 |
| Crider | Timothy | Clearwater, FL 33762 |
| Crider | Melissa | Clearwater, FL 33762 |
| Daniels | William | Tampa, FL 33609 |
| Daniels | Lorraine | Tampa, FL 33609 |
| Duchnowski | Jay | Clearwater, FL 33760 |
| Duda | Marianne | Temple Terrace, FL 33617 |
| Dyakon | Christina | Longwood, FL 32779 |
| Elend | Adam | Fort Collins, CO 80525 |
| Elend | Ciara | Fort Collins, CO 80525 |
| Ellis | Paul | Tampa, FL 33629 |
| Ellis | Johanna | Tampa, FL 33629 |
| Eul | Theodore | Palmetto, FL 34221 |
| Fernandez | Merida | Bedminster, NJ 07921 |
| Ferrari | Fabrizio | Tampa, FL 33647 |
| Ferrari | Nicole | Tampa, FL 33647 |
| Fitzgerald | Margaret | Tampa, FL 33613 |
| Fitzgerald | William | Tampa, FL 33613 |
| Forrest | Thomas | Tarpon Springs, FL 34688 |
| Forrest | Cathy | Tarpon Springs, FL 34688 |
| Fournier | Carmela | White Plains, NY 10603 |
| Frankenberger | Shawn | Tampa, FL 33625 |
| Garner | Summer | St. Petersburg, FL 33702 |
| Garner | Jeremy | St. Petersburg, FL 33702 |
| Gibson | David | Tampa, FL 33626 |
| Goldson | Kareem | Tallahassee, FL 32304 |
| Goldstein | Alan | Vero Beach, FL 32963 |





| Grab | Christian | Land O'Lakes, FL 34638 |
| Grab | Katye | Land O'Lakes, FL 34638 |
| Gray | Candace | Boynton Beach, FL 33437 |
| Greenwald | Laurie | Hickory, NC 28601 |
| Greenwald | Philip | Hickory, NC 28601 |
| Harrell | Lindsey | Franklin, TN 37064 |
| Holmes | Craig | Pittsfield, MA 01201 |
| Howard | Katie | Clearwater, FL 33764 |
| Hubbard | Patricia | South Haven, MI 49090 |
| Johns | David | Tampa, FL 33647 |
| Johns | Anne | Tampa, FL 33647 |
| Johnson | Amy | Palm Harbor, FL 34684 |
| Johnson | Joseph | St. Petersburg, FL 33712 |
| Juchno | Jennifer | St. Petersburg, FL 33716 |
| Kamenar | John | Clearwater, FL 33762 |
| Lehmann | Cara | Tampa, FL 33625 |
| Leong | Richard | Tampa, FL 33606 |
| Leong | Sarah | Tampa, FL 33606 |
| Marinelli | Patricia | Clearwater, FL 33762 |
| Marrero | Diane | Tampa, FL 33647 |
| Masse | Donald | Seminole, FL 33776 |
| Matos | Erika | Land O'Lakes, FL 34638 |
| Matthews | Alan | Riverview, FL 33578 |
| McCain | Hugh | St. Petersburg, FL 33704 |
| McCall | Christine | Hollywood, FL 33024 |
| McCane | Kerry | Sarasota, FL 34243 |
| McIntee | Marcus | Saint Cloud, FL 34771 |
| McNair | Kidada | Apollo Beach, FL 33572 |
| Meckler | Milton | St. Petersburg, FL 33701 |
| Meckler | Maryls | St. Petersburg, FL 33701 |
| Medina | Eddie | Tampa, FL 33615 |
| Cuestas Medina | Irma | Tampa, FL 33615 |
| Medvesky | Matt | Ruskin, FL 33570 |
| Medvesky | Angelique | Ruskin, FL 33570 |



| Miller | Daniel | Alachua, FL 32615 |
| Morgal | Robert | Phoenix, AZ 85020 |
| Morgan | Daniel | Tampa, FL 33626 |
| Morrow | Philip | St. Petersburg, FL 33704 |
| Mosberg | David | Montgomery, TX 77356 |
| Mosberg | Marla | Montgomery, TX 77356 |
| Mullozzi | William | Clearwater, FL 33755 |
| Mullozzi | Helen | Clearwater, FL 33755 |
| Murrow | Jamie | Palatka, FL 31231 |
| Murrow | Tracy | Palatka, FL 31231 |
| Neal | Adam | Vero Beach, FL 32967 |
| Neal | Michelle | Vero Beach, FL 32967 |
| Nehama | Angela | Winter Garden, FL 34787 |
| Nehama | Adam | Winter Garden, FL 34787 |
| Nguyen | Giang | Milpitas, CA 95035 |
| Normandia | Alexis | Land O'Lakes, FL 34638 |
| Normandia | Wanda | Land O'Lakes, FL 34638 |
| O'Driscoll | Jay | Lutz, FL 33548 |
| O'Driscoll | Stephanie | Lutz, FL 33548 |
| Olivas | April | Lake Magdalene, FL 33613 |
| Olivas | Luis | Lake Magdalene, FL 33613 |
| Paler | Donna | Holiday, FL 34690 |
| Pallazola | Anthony | Treasure Island, FL 33706 |
| Pallazola | Patricia | Treasure Island, FL 33706 |
| Pattishall | Cheryl | Madeira Beach, FL 33708 |
| Pecka | Neil | Largo, FL 33770 |
| Pecka | Kristie | Largo, FL 33770 |
| Pelletier | Amy | St. Petersburg, FL 33710 |
| Platisha | Perry | Maple Grove, MN 55311 |
| Potter | Jeffrey | Aurora, CO 80018 |
| Potter | Kristy | Aurora, CO 80018 |
| Radovanovic | Daniel | Land O' Lakes, FL, 34638 |
| Radovanovic | Celeste | Land O' Lakes, FL, 34638 |
| Roddy | John | Germantown, OH, 45327 |



| Roddy | Holly | Germantown, OH, 45327 |
| Rodriguez | David | Vero Beach, FL 32960 |
| Rodriguez | Karen | Vero Beach, FL 32960 |
| Savoca | Deborah | Cutchogue, NY 11935 |
| Shahin | Ghassan | Oldsmar, FL 34677 |
| Shahin | Jaroslava | Oldsmar, FL 34677 |
| Shepard | Mark | St. Petersburg, FL 33707 |
| Sobstyl | Daniel | St. Petersburg, FL 33702 |
| Sobstyl | Barbara | St. Petersburg, FL 33702 |
| Stafford | Russell | Haines City, FL 33844 |
| Swinski | Catherine | Clearwater, FL 33756 |
| Thompson | Jerome | Sarasota, FL 34236 |
| Thompson | Tahsheika | St. Petersburg, FL 33705 |
| Tranthem | Rebecca | Tampa, FL 33618 |
| Tranthem | Victoria | Tampa, FL 33618 |
| Tulabot | Morian | Wesley Chapel, FL 33544 |
| Tulabot | Glenda | Wesley Chapel, FL 33544 |
| Tuman | Gregory | Tampa, FL 33626 |
| Vairo | Daniel | Huntington Beach, CA 92646 |
| Vairo | Adriana | Huntington Beach, CA 92646 |
| VanHaeren | Lisa | Largo, FL 33771 |
| Vassar | Andrea | Chestertown, MD, 21620 |
| Ward- Yeager | Ashlyn | Seminole, FL 33772 |
| Ward- Yeager | Steven | Seminole, FL 33772 |
| Wefel | Robert | San Antonio, TX 78258 |
| Wefel | Deanna | San Antonio, TX 78258 |
| Westfall | Alan | Thonotosassa, FL |
| Westfall | Carol | Thonotosassa, FL |
| Williams | Rhonda | Odessa, FL 33556 |
| Williams | Robert | Odessa, FL 33556 |

# EXHIBIT K



**GCG**

Garden City Group, LLC℠

888-404-8013 | gardencitygroup.com
1531 Utah Avenue S., Suite 600, Seattle, WA 98134

**December 6, 2016**

*Re:*    *Markos v. Wells Fargo Bank, N.A.*, Case No. 1:15cv1156

Dear Mr. Boss,

On November 18, 2016, your firm sent us a letter, with an accompanying list of individuals, stating that those individuals would like to be excluded from the *Markos v. Wells Fargo Bank, NA.* Settlement. However, these exclusions are invalid. First, the Court's Preliminary Approval Orders state: "No Settlement Class Member, or any person acting on behalf of or in concert or participation with that Settlement Class Member, may exclude any other Settlement Class Member from the Settlement Class, however nothing herein shall prevent Class Members from obtaining the assistance of another, such as a lawyer or family member, in preparing or submitting any individual exclusion." Dkt. Nos. 45 & 47, ¶ 12. Second, many persons on the list have affirmatively indicated their intent to remain settlement class members by submitting timely claim forms.

Pursuant to Sections 10.01 and 10.02 of the Settlement Agreement, a Settlement Class Member who wishes to exclude himself or herself from the Settlement Class must individually advise in writing of that intent and include a statement that he or she wishes to be excluded from the Settlement. In this written request for exclusion, the Settlement Class Member must also provide us with his or her full name and their current address and telephone number.

In order for the exclusion requests your firm submitted to be valid, each of your clients must submit a signed individual statement containing his or her intent to be excluded from the Settlement. If the client already submitted a claim form, the individual statement must also state his or her intention to withdraw that claim form. This documentation must be submitted by no later than **December 27, 2016.** For any of your clients who provide such an individual statement by December 27, 2016, the parties have agreed to treat his or her exclusion as timely even though the opt-out deadline passed on November 22, 2016.

Thank you for your attention to this matter.

Best regards,

Robert Jindra
Assistant Director, Operations
GCG
1531 Utah Ave South, Suite 600
Seattle, WA 98134
1-206-876-5749