IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEVEN L. MARKOS | : | |
| | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 1:15-CV-001156-LMM |
| WELLS FARGO BANK, NA | : | |
| | : | Appearing on behalf of : |
| | : | WANDA YDE |
| | : | Objector |

## NOTICE OF APPEARANCE

Comes now Jerome J. Froelich Jr.,and gives notice to the Court that he will represent and be an attorney of record for Objector Wanda Yde in the above referenced case.

                        Respectfully submitted,

                        S/Jerome J. Froelich Jr.
                        Jerome J. Froelich Jr.
                        State Bar No. 278150

McKENNEY AND FROELICH
1360 Peachtree Street
One Midtown Plaza, Suite 910
Atlanta, Georgia 30309
(404) 881-1111

# CERTIFICATE OF SERVICE

This is to certify that I have this day served correct copy of the within and foregoing with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to opposing counsel:

Aaron D. Radbil, Esq.
Greenwald Davidson Radbil, PLLC
106 East Sixth Street, Suite 913
Austin, TX 78701

Abbas Kazerounian, Esq.
Kazerounian Law Group, APC
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626

Alexander H. Burke, Esq.
Burke Law Offices, LLC
115 N. Michigan Ave., Suite 9020
Chicago, IL 60601

Andrew R. Kaufman, Esq.
Lieff Cabraser Heiman Bernstein
150 4th Avenue N, Suite 1650
Nashville, TN 37219-2423

Daniel Hutchinson, Esq.
Lieff Cabraser Heiman Bernstein
275 Battery Street
Embarcadero Center West, 30th Floor
San Francisco, CA 94111-3339

Douglas J. Campion, Esq.
Law Offices of Douglas J. Campion, APC
17150 Via Del Campo, Suite 100
San Diego, CA 92127

James Marvin Feagle, Esq.
Skaar and Feagle
2374 Main Street, Suite B
Tucker, Georgia 30084

Jonathan D. Selbin, Esq.
Lief, Cabrasher, Heiman Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413

Joshua B. Swigart, Esq.
Hydge Swigart
2221 Camino Del Rio South
Suite 101
San Diego, CA 92108

Justin Tharpe Holcombe, Esq.
Kris Kelly Skaar, Esq.
Skaar and Feagle, LLP
133 Mirramont Lake Drive
Woodstock, Georgia 30189

Keith James Keogh, Esq.
Keogh Law, Ltd.
55 W. Monroe St.
Chicago, IL 60603

Kris Kelly Skaar, Esq.
Skaar Feagle, LLP
133 Mirramont Lake Dr.
Woodstock, GA 30189

Matthew R. Wilson, Esq.
David P. Meyer Associates, Co., LPA
1320 Dublin Rd., Suite 100
Columbus, OH 43215

Michael Joseph Boyle, Jr., Esq.
Meyer Wilson Co., LPA
1320 Dublin Road
Columbus, OH 43215

Michael Lewis Greenwald, Esq.
Greenwald Davidson & Radbil, PLLC
5550 Glades Rd., Suite 500
Boca Raton, FL 33431

Clifton Dorsen, Esq.
Skaar and Feagle
2374 Main St., Suite B
Tucker, GA 30084

Chad R. Fuller, Esq.
Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130

David M. Gettings, Esq.
John C. Lynch, Esq.
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach VA 23462

John C. Lynch, Esq.
Troutman Sanders, LLP
222 Central Park Avenue, Suite 200
Virginia Beach, VA 23462

Nancy Baughan, Esq.
Parker Hudson Rainer & Dobbs, LLP
285 Peachtree Center Ave., NE
1500 Marquis Two Tower
Atlanta, Georgia 30303

Stephen William Riddell, Esq.
Troutman Sanders LLP
600 Peachtree Street NE
Bank of America Plaza, Suite 5200
Atlanta, Georgia 30308-2216


This 28th day of December, 2016.

                                  S/Jerome J. Froelich Jr.
                                  Jerome J. Froelich Jr.
                                  State Bar No. 278150


McKENNEY AND FROELICH
1360 Peachtree Street
One Midtown Plaza, Suite 910
Atlanta, Georgia 30309
(404) 881-1111