IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEVEN L. MARKOS | : | |
| | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 1:15-CV-001156-LMM |
| WELLS FARGO BANK, NA | : | |
| | : | Appearing on behalf of : |
| | : | WANDA YDE |
| | : | Objector |

**JEROME J. FROELICH, JR.'S
PETITION FOR LEAVE OF ABSENCE**

Comes now, Jerome J. Froelich, Jr. and respectfully applies to this Court for a leave of absence, from December 27, 2016 through January 12, 2017 for the following reasons:

1.

Mr. Froelich is the attorney of record for Objector Wanda Yde in the above captioned case.

2.

Mr. Froelich has a long scheduled vacation to South Africa, for which he has non-refundable airlines tickets and non-refundable lodging, from December 27, 2016 through January 12, 2017.

3.

Mr. Froelich has received a leave of absence in all his other cases.

4.

Mr. Froelich respectfully requests that any and all proceedings involving Wanda Yde be stayed during Mr. Froelich's leave of absence.

WHEREFORE, Petitioner prays that he be granted a leave of absence and that the aforementioned case be stayed from December 27, 2016 through January 12, 2017.

Respectfully Submitted,

S/Jerome J. Froelich Jr.
Jerome J. Froelich, Jr.
State Bar No. 270150

McKENNEY & FROELICH
1360 Peachtree St.
One Midtown Plaza, Suite 910
Atlanta, Ga. 30309
(404) 881-1111

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEVEN L. MARKOS | : | |
| | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 1:15-CV-001156 |
| WELLS FARGO BANK, NA | : | |
| | : | Appearing on behalf of : |
| | : | WANDA YDE |
| | : | Objector |

## ORDER FOR LEAVE OF ABSENCE

The Court having heard and considered, Jerome J. Froelich Jr., Counsel for Objector Wanda Yde's, petition for a leave of absence hereby grants Mr. Froelich a leave of absence applicable to all trials, hearings, depositions, motions, filings and other legal proceedings that may be scheduled in the above-referenced matter from December 27, 2016 through January 12, 2017, inclusive.

SO ORDERED, this _____ day of December, 2016.

_____
Judge, United States District Court

# CERTIFICATE OF SERVICE

This is to certify that I have this day served correct copy of the within and foregoing with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to opposing counsel:

Aaron D. Radbil, Esq.
Greenwald Davidson Radbil, PLLC
106 East Sixth Street, Suite 913
Austin, TX 78701

Abbas Kazerounian, Esq.
Kazerounian Law Group, APC
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626

Alexander H. Burke, Esq.
Burke Law Offices, LLC
115 N. Michigan Ave., Suite 9020
Chicago, IL 60601

Andrew R. Kaufman, Esq.
Lieff Cabraser Heiman Bernstein
150 4th Avenue N, Suite 1650
Nashville, TN 37219-2423

Daniel Hutchinson, Esq.
Lieff Cabraser Heiman Bernstein
275 Battery Street
Embarcadero Center West, 30th Floor
San Francisco, CA 94111-3339

Douglas J. Campion, Esq.
Law Offices of Douglas J. Campion, APC
17150 Via Del Campo, Suite 100
San Diego, CA 92127

James Marvin Feagle, Esq.
Skaar and Feagle
2374 Main Street, Suite B
Tucker, Georgia 30084

Jonathan D. Selbin, Esq.
Lief, Cabrasher, Heiman Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413

Joshua B. Swigart, Esq.
Hydge Swigart
2221 Camino Del Rio South
Suite 101
San Diego, CA 92108

Justin Tharpe Holcombe, Esq.
Kris Kelly Skaar, Esq.
Skaar and Feagle, LLP
133 Mirramont Lake Drive
Woodstock, Georgia 30189

Keith James Keogh, Esq.
Keogh Law, Ltd.
55 W. Monroe St.
Chicago, IL 60603

Kris Kelly Skaar, Esq.
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189

Matthew R. Wilson, Esq.
David P. Meyer Associates, Co., LPA
1320 Dublin Rd., Suite 100
Columbus, OH 43215

Michael Joseph Boyle, Jr., Esq.
Meyer Wilson Co., LPA
1320 Dublin Road
Columbus, OH 43215

Michael Lewis Greenwald, Esq.
Greenwald Davidson & Radbil, PLLC
5550 Glades Rd., Suite 500
Boca Raton, FL 33431

Clifton Dorsen, Esq.
Skaar and Feagle
2374 Main Street, Suite B
Tucker, GA 30084

Chad R. Fuller, Esq.
Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130

David M. Gettings, Esq.
John C. Lynch, Esq.
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach VA 23462

John C. Lynch, Esq.
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462

Nancy H. Baughan, Esq.
Parker, Hudson, Rainer Dobbs, LLP
285 Peachtree Center Ave., NE
1500 Marquis Two Tower
Atlanta, Georgia 30303

Stephen William Riddell, Esq.
Troutman Sanders LLP
600 Peachtree Street NE
Bank of America Plaza, Suite 5200
Atlanta, Georgia 30308-2216

This 28th  day of December , 2016.

                                         S/Jerome J. Froelich Jr.
                                         Jerome J. Froelich Jr.
                                         State Bar No. 278150

McKENNEY AND FROELICH
1360 Peachtree Street
One Midtown Plaza, Suite 910
Atlanta, Georgia 30309
(404) 881-1111