IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVEN L. MARKOS, TIFFANY DAVIS, and GREGORY PAGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant, | Case No. 1:15-cv-01156-LMM |

## NOTICE OF FILING

On January 3, 2017, the Honorable Hilda Tagle, Senior United States District Judge for the Southern District of Texas, transferred to this Court objector Wanda Yde's pending motion seeking to limit the duration and scope of her Court-ordered deposition. Plaintiffs respectfully give notice of filing of (1) Objector Wanda Yde's Amended Motion to Quash and for Entry of Protective Order, along with accompanying exhibits, filed on December 30, 2016; (2) Plaintiffs'/ Respondents' Opposition to Wanda Yde's Motion to Quash and for Entry of Protective Order, along with accompanying exhibits, filed on December 30, 2016;

1334270.1                                1

(3) Objector Wanda Yde's Reply in Support of Motion to Quash and for Entry of Protective Order, filed on January 2, 2017; and (4) the January 3, 2017 Order transferring the motion to this Court.

                                    Respectfully submitted,

Dated: January 3, 2017.        By:   /s/ Andrew R. Kaufman

                                    SKAAR & FEAGLE, LLP
                                    James M. Feagle
                                    Georgia Bar No. 256916
                                    Email: Jfeagle@skaarandfeagle.com
                                    2374 Main Street, Suite B
                                    Tucker, GA 30084
                                    Telephone: (404) 373-1970
                                    Facsimile: (404) 601-1855

                                    Justin T. Holcombe
                                    Georgia Bar No. 552100
                                    Email: jholcombe@skaarandfeable.com
                                    Kris Skaar
                                    Email: krisskaar@aol.com
                                    133 Mirramont Lake Drive
                                    Woodstock, GA 30189
                                    Telephone: (770) 427-5600
                                    Facsimile: (404) 601-1855 fax

LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Jonathan D. Selbin (*pro hac vice*)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson (*pro hac vice*)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Andrew R. Kaufman (*pro hac vice*)
Email: akaufman@lchb.com
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

BURKE LAW LLC
Email: Alexander H. Burke (*pro hac vice*)
Aburke@BurkeLawLLC.com
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

*Co-Lead Class Counsel*

MEYER WILSON CO., LPA
Matthew R. Wilson (*pro hac vice*)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (*pro hac vice*)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

LAW OFFICES OF DOUGLAS J. CAMPION, APC
Douglas J. Campion (*pro hac vice*)
Email: doug@djcampion.com
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

KEOGH LAW, LTD.
Keith Keogh (*pro hac vice*)
Email: keith@koeghlaw.com
55 W. Monroe, Ste. 3390
Chicago, IL 60603
Telephone: 312-265-3258
Facsimile: 312-726-1093

GREENWALD DAVISON RADBIL PLLC
Michael L. Greenwald (*pro hac vice*)
Email: mgreenwald@gdrlawfirm.com
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Facsimile: (561) 961-5684

Aaron D. Radbil (*pro hac vice*)
Email: aradbil@gdrlawfirm.com
106 East Sixth Street, Suite 913
Austin, TX 78701
Telephone: (512) 322-3912
Facsimile: (561) 961-5684

KAZAROUNI LAW GROUP, APC
Abbas Kazerounian (*pro hac vice*)
Email: ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6806
Facsimile: (800) 520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq. (*pro hac vice*)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Additional Class Counsel*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1.C and 7.1.D of the Northern District of Georgia, that the foregoing was prepared in 14-point Times New Roman Font.

January 3, 2017.

                                                         /s/     Andrew R. Kaufman

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

January 3, 2017.

/s/     Andrew R. Kaufman