**FILED IN CHAMBERS**
U.S.D.C. - Atlanta

**JAN 0 3 2017**

James N. Hatten, Clerk
By: RBoch, Deputy Clerk

December 24, 2016

Markos Wells Fargo TCPA Settlement Claims Administrator
c/o GCG
P.O. Box 10301
Dublin, OH 43017-5901

REF: Change of Address for Claim # 04887794; Confirmation # 3685728365.

Dear Markos Wells Fargo TCPA Settlement Claims Administrator:

I am writing to update you as to my current address for the Markos Wells Fargo TCPA Settlement. Upon calling 866-562-0143, the voice recording instructed me to email a letter to info@markoswellsfargotcpa.com. That email will be sent on the same date of this letter.

When I originally mailed in my settlement claim reply form to the Dublin, OH address during November 2016, I was using a different address near Fort Belvoir, VA due to military reasons. I have since returned to my UPDATED address shown below. Please update my records as such.

I am also sending this letter to the 2 addresses found on my Xerox copy of the original claim form. I ask that you acknowledge receipt of this change of address and keep me abreast of all details of the settlement.

Sincerely,

Kevin L. Shifflett
520 Fairway Drive
Harrisonburg, VA 22802
540-421-7191

Enclosure: Copy of Original Settlement Claim Form mailed in November 2016

Cc: 1) ~~US District Court, Northern District of Georgia~~
Courtroom 2107
75 Ted Turner Drive, SW
Atlanta, GA 30303
(hearing scheduled for 1/17/17 at 9:00 AM in Courtroom 2107)

2) File: "Markos Wells Fargo TCPA Settlement (Change of Address)"

Claim ID: 04887794
Confirmation No: 3685728365

Wells Fargo Mortgage and Home Equity Line of Credit TCPA Settlement Claim Form
THIS CLAIM FORM MUST BE POSTMARKED BY DECEMBER 22, 2016 AND MUST BE FULLY COMPLETED.
You may also submit your claim online at WWW.MARKOSWELLSFARGOTCPA.COM or by calling 1-866-562-0143.

**Full Name:** Kevin L. Shifflett

**Address:** 3000 S. Randolph St Apt 442

**City:** Arlington **State:** VA **Zip:** 22206-

**Contact Phone Number:** (540) 421-7191

**Cell Phone Number On Which You Received A Call:** (540) 421-7191

(Your cell phone number must be listed in our records as one of the phone numbers that was called by Wells Fargo Bank, N.A. and included as part of the settlement. If you are not certain which of your cell phone numbers may have been called, you may submit each of them separately.)

**SELECTION OF CLAIM TYPE:**

Subclass One: I used or subscribed to a cellular phone number to which Wells Fargo made or initiated one or more calls or texts in connection with a Residential Mortgage Loan.

Subclass Two: I used or subscribed to a cellular phone number to which Wells Fargo made or initiated one or more calls or texts in connection with a Home Equity Loan.

☒ Both Subclass One and Subclass Two ☐ I don't know which Subclass I am in

**CERTIFICATION**

By submitting this Claim Form, I certify that I received a call or text in connection with a Wells Fargo residential mortgage loan and/or a home equity loan without my prior express consent.
This process takes time, please be patient.

Para ver este aviso en español, visite WWW.MARKOSWELLSFARGOTCPA.COM;
For more information, visit WWW.MARKOSWELLSFARGOTCPA.COM

---

No longer correct.

New address per attached letter is:

520 Fairway Dr.
Harrisonburg, VA 22802

Thanks,
Kevin Shifflett
540-421-7191