Asad Mufti
10 Bunker Ln
Schenectady, NY 12309

Date: 11/20/2016

US District Court, Northern District of Georgia
75 Ted Turner Dr., SW
Atlanta, GA 30303

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN - 3 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Dear Sir or Madam,

I have received a fine print post card from Markos Wells Fargo TCPA, Settlement Claims Administrator. A copy of which is attached.

Per this post card, the settlement attorneys will get about five million dollars, and I and many other victims of this claim will get $25 to $75. The settlement attorneys have an intend to deceive the victims because they have provided this very fine print post card with important information buried in the long verbiage. The settlement attorneys now for fact that most of the victims will not read this fine print. The font, verbiage, length of words are very unreasonable.

If I could, I will file a law suit against each and everyone of these settlement attorneys because collectively, they all have an intend to deceive the victims and intend to get unjustly rich. All the attorneys on the claim are extremely powerful and they now that with power comes responsibility but they are completely ignoring their responsibility because they are extremely greedy for money. Not a single one of these white color criminals (so called attorneys) will agree with me because money is everything for them.

I know I am swimming against the current because I am one person against many of these criminal minded settlement attorneys on the case. BUT "Remember, a dead fish can float downstream, but it takes a live one to swim upstream" – W.C. Field.

I oppose to this settlement because it is extremely .unfair. Few people will get five million dollars and the actual victims will get $25 to $75. This is absurd, unfair, unreasonable, insane, unjust, and unAmerican.

Sincerely,

*Asad Mufti*

Asad Mufti

cc:

Meyer Wilson
1320 Dublin Rd, Suite 100, Columbus, OH 43215

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601

SKAAR & FEAGLE, LLP
2374 Main Street
Suite B
Tucker, GA 30084

Greenwald Davidson Radbil PLLC
5550 Glades Rd #500, Boca Raton, FL 33431

Keogh Law Ltd
55 W Monroe St #3390, Chicago, IL 60603

Kazerouni Law Group, APC
245 Fischer Ave, Costa Mesa, CA 92626

Douglas J Campion Law Offices
409 Camino del Rio S, San Diego, CA 92108

Hyde & Swigart
2221 CAMINO DEL RIO S. SUITE 101
SAN DIEGO, CA 92108

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
K&H

Markos Wells Fargo TCPA
Settlement Claims Administrator
c/o GCG
P.O. Box 10301
Dublin, OH 43017-5901

WF10259791512

Claim ID: 01838676
Confirmation No: 8267623429

**************AUTO**5-DIGIT 12302
MUFTI ASAD
1073 PALMER AVE
SCHENECTADY NY 12309-5810

**LEGAL NOTICE**
*Markos v. Wells Fargo*, 15-cv-1156-LMM
(N.D.Ga.)

A settlement has been proposed in this lawsuit pending in U.S. District Court for the Northern District of Georgia ("Court").

This case claims that Wells Fargo Bank, N.A. ("Wells Fargo") violated the Telephone Consumer Protection Act by calling or sending texts to cellphones without prior express consent using an automatic telephone dialing system or artificial or prerecorded voice in connection with either a mortgage and/or a home equity loan. Wells Fargo denies that it did anything wrong.

Who Is Included? You are included in the Settlement as a "Class Member" if: (1) you live in the United States; and (2) you received one or more calls or texts to your cellular telephone from Wells Fargo Bank, N.A. in connection with either a residential mortgage loan ("Subclass One") and/or a home equity loan ("Subclass Two") during the Class Period, which is November 17, 2011 to February 29, 2016 for Subclass One and April 14, 2011 to February 29, 2016 for Subclass Two.



990412

*Markos, et al. v. Wells Fargo Bank, N.A.*, Case No. 1:15-cv-01156-LMM (N.D.Ga.) **You might get a payment from this Settlement.** **Summary of the Settlement** Under the proposed Settlement, Wells Fargo has agreed to establish a Settlement Fund of $16,417,496.70 to pay Class Members who make valid and timely claims; pay service awards of no more than $20,000 each to the three class representatives; pay attorneys' fees and costs awarded by the Court (plaintiffs will ask the Court to award fees and costs of up to 30% of the Settlement Fund or $4,925,249.01); and pay settlement notice and administration costs. Any remaining monies from uncashed settlement checks may be redistributed or paid to a non-profit charity; the parties have proposed Habitat for Humanity. This is a summary notice only and additional details of the Settlement terms can be found at www.MarkosWellsFargoTCPA.com or by calling 1-866-562-0143. **Can I Get Money from the Settlement?** Yes, each Class Member who submits a valid and timely Settlement Claim will receive a cash award. How much each Class Member receives depends on how many people make approved claims. Class Counsel estimates that the amount of the cash award may be within the range of $25 to $75. **How Do I Make A Settlement Claim?** You can make a claim by either: 1) calling 1-866-562-0143; 2) submitting one online at www.MarkosWellsFargoTCPA.com; or 3) mailing a completed Claim Form downloaded from the Settlement website to the GCG address below. **Do I Have a Lawyer?** Yes. The Court has appointed lawyers from the following firms to represent Class Members: Lieff Cabraser Heimann & Bernstein, LLP and Burke Law Offices, LLC have been appointed co-lead counsel, and Meyer Wilson Co., LPA; Skaar & Feagle, LLP; Greenwald Davidson Radbil PLLC; Keogh Law Ltd; Kazerouni Law Group, APC; Law Offices of Douglas J. Campion, APC; and Hyde & Swigart have been designated as additional class counsel. The lawyers will be paid from the Settlement Fund. You may enter an appearance through your own attorney if you so desire. **What Should I Do?** Class Members have four options: (1) **Submit a Claim** to the Settlement Administrator for a share of the Settlement Fund by December 22, 2016. If the settlement is approved, you will be bound by the Court's decisions in the lawsuit. You will not have the right to sue separately about the issues in the lawsuit. (2) **Remain a Class Member but object** to the Settlement. Instructions for objecting are available at www.MarkosWellsFargoTCPA.com. Objections and supporting documents must be sent to Class Counsel, defense counsel, and the Court and be postmarked by November 22, 2016. You may choose to pay for and be represented by a lawyer who may send the objection for you. (3) **Exclude yourself** from the Settlement by mailing a request form to the Settlement Administrator (not the Court). You must state in writing your name, address, and telephone number and state that you want to be excluded from the settlement. Exclusions must be postmarked no later than November 22, 2016. (4) **Do Nothing**: if you do nothing, you will remain part of the Settlement Class and will release your claims against the released parties, but you will not receive any money from this settlement. **Scheduled Hearing**: The judge scheduled a hearing for January 17, 2017, at 9:00 am in Courtroom 2107 of the U.S. District Court, Northern District of Georgia, 75 Ted Turner Drive, SW, Atlanta, GA 30303, regarding whether to give final approval to the Settlement, including the amounts of any attorneys' fees, costs and class representative awards. The hearing may be changed without notice. **For more information**, contact the Settlement Administrator: Visit: www.MarkosWellsFargoTCPA.com Call: 1-866-562-0143 Or Write: Markos Wells Fargo TCPA Settlement Claims Administrator, c/o GCG, P.O. Box 10301, Dublin, OH 43017-5901.

990412

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
K&H

Markos Wells Fargo TCPA
Settlement Claims Administrator
c/o GCG
P.O. Box 10301
Dublin, OH 43017-5901

WF10259791512

Claim ID: 01838676
Confirmation No: 8267623429

**************AUTO**5-DIGIT 12302
MUFTI ASAD
1073 PALMER AVE
SCHENECTADY NY 12309-5810

**LEGAL NOTICE**
*Markos v. Wells Fargo*, 15-cv-1156-LMM
(N.D.Ga.)

A settlement has been proposed in this lawsuit pending in U.S. District Court for the Northern District of Georgia ("Court").

This case claims that Wells Fargo Bank, N.A. ("Wells Fargo") violated the Telephone Consumer Protection Act by calling or sending texts to cellphones without prior express consent using an automatic telephone dialing system or artificial or prerecorded voice in connection with either a mortgage and/or a home equity loan. Wells Fargo denies that it did anything wrong.

Who Is Included? You are included in the Settlement as a "Class Member" if: (1) you live in the United States; and (2) you received one or more calls or texts to your cellular telephone from Wells Fargo Bank, N.A. in connection with either a residential mortgage loan ("Subclass One") and/or a home equity loan ("Subclass Two") during the Class Period, which is November 17, 2011 to February 29, 2016 for Subclass One and April 14, 2011 to February 29, 2016 for Subclass Two.

990412