RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN - 3 2017

JAMES N. HATTEN, Clerk
By: Cheryl Hains, Deputy Clerk

I'm writing to you about Mark O.
V. Wells Fargo 15-cv-156-LMM (N.D.C
TCPA Settlement Claims Administrator
% GCG PO Box 10301 Dublin OH 43017-5
Bar Code WF10478198361 Claim ID
0462283 Confirmation No: 069927234
My father William R Goff passed away
Dec 8th 2015 I'm his daughter Amy
Goff I live at his estate on 320
California Av Manteca Ca 95336

My father had Wells Fargo for his
home loans. They said he payed
off his loan with his estate - I have
no clue what this settlement is
about. Please send me documents on
this settlement. If their are
remaining monies from uncashed
settlement checks. I would like
the monies sent to me. My father
never recieved a settlement check
please send a check to me Amy Goff