# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STEVEN L. MARKOS, TIFFANY DAVIS, and GREGORY PAGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant, | Case No. 1:15-cv-01156-LMM |

## PROOF OF SERVICE BY FEDERAL EXPRESS TO MS. WANDA YDE AND HER ATTORNEY CHRISTOPHER BANDAS

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Battery Street, 29th Floor, San Francisco, California 94111-3339. I am readily familiar with Lieff, Cabraser, Heimann & Bernstein's practice for collection and processing of documents for service by Federal Express, and that practice is that the documents are delivered in-

hand to an authorized Federal Express agent the same day as the date listed on this Proof of Service.

On December 21, 2016, I served the following documents:

1. PLAINTIFFS' MOTION TO STRIKE THE OBJECTION FILED BY WANDA YDE OR, IN THE ALTERNATIVE, TO REQUIRE HER ATTORNEY CHRISTOPHER BANDAS TO ENTER A NOTICE OF APPEARANCE; MEMORANDUM IN SUPPORT;

2. EXHIBIT 1: DECLARATION OF DANIEL M. HUTCHINSON IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE OBJECTION FILED BY WANDA YDE OR, IN THE ALTERNATIVE, TO REQUIRE HER ATTORNEY CHRISTOPHER BANDAS TO ENTER A NOTICE OF APPEARANCE;

3. EXHIBIT 2: EXHIBITS A-U;

4. [PROPOSED] ORDER;

5. PLAINTIFFS' RESPONSES TO OBJECTIONS;

6. EXHIBIT 1: DECLARATION OF DANIEL M. HUTCHINSON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;

7. EXHIBIT 2: DECLARATION OF PROFESSOR GEOFFREY P. MILLER; and

8. PROOF OF SERVICE BY FEDERAL EXPRESS TO MS. WANDA YDE AND HER ATTORNEY CHRISTOPHER BANDAS

by Federal Express on the following individual(s):

    Wanda Yde
    434 S. Whitney Street
    Aransas Pass, Texas 78336

1333444.2

Christopher Bandas
The Bandas Law Firm, P.C.
500 N. Shoreline Blvd., #1020
Corpus Christi, Texas 78401

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 21, 2016, at San Francisco, California.

*Lawrence Shields*
Lawrence Shields