# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:15-cv-01156-LMM
### Markos et al. v. Wells Fargo Bank, N.A.
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 01/17/2017.

TIME COURT COMMENCED: 9:04 A.M.
TIME COURT CONCLUDED: 10:10 A.M.
TIME IN COURT: 1:06
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Rebecca Bachelor

ATTORNEY(S) PRESENT: Alexander Burke representing Steven L. Markos, et al.
Jerome Froelich representing Wanda Yde
David Gettings representing Wells Fargo Bank, N.A.
Justin Holcombe representing Steven L. Markos, et al.
Andrew Kaufman representing Steven L. Markos, et al.
Keith Keogh representing Steven L. Markos, et al.
John Lynch representing Wells Fargo Bank, N.A.
Jonathan Selbin representing Steven L. Markos, et al.
Kris Skaar representing Steven L. Markos, et al.

PROCEEDING CATEGORY: Motion Hearing (Motion Hearing Non-evidentiary);

MINUTE TEXT: Oral argument was held on Plaintiffs' Motion for Final Approval of Class Action Settlement [59] and Class Counsel's Motion for an Award Attorneys' Fees, Costs and Service Awards for Class Representatives. The Court heard from Plaintiffs', Defendant's and Objector Wanda Yde's counsel. The Court DIRECTED the parties to confer regarding the lingering issues. The parties shall provide the Court with a joint statement and final list of the members who have opted out. The motions were taken under advisement. Written orders will follow. Plaintiffs' counsel made an oral motion to withdraw their Motion to Strike the Objection filed by Wanda Yde or, in the alternative, to require her attorney Christopher Bandas to Enter a Notice of Appearance [61]. The Court GRANTED the oral motion to withdraw Plaintiffs' motion [56].

HEARING STATUS: Hearing Concluded