## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| STEVEN L. MARKOS, TIFFANY DAVIS, and GREGORY PAGE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 1:15-cv-01156-LMM |

## JOINT STATUS REPORT

1.     At the January 17, 2017 Final Approval Hearing, the Court directed the parties to submit a report regarding several issues that arose with respect to a handful of Class members during the Settlement Claims Administration process. The parties hereby report as follows:

2.     <u>Simultaneous Claims and Exclusion Requests</u>:  Six Class members submitted both a settlement claim form and a request for exclusion.  Class counsel contacted each such Class member by telephone and U.S. mail to confirm their intentions.  *See* Declaration of Andrew R. Kaufman, at ¶ 3 (attached hereto).  Five Class members confirmed that they intended to exclude themselves from the Settlement; one Class member confirmed that he intended to file a claim form.  *Id.*

Garden City Group, the Court-appointed claims administrator, has updated its records to reflect this information. Class counsel are in the process of obtaining signed letters from each such class member documenting their intentions. *Id.*

3.      Simultaneous Objections and Exclusion Requests:   Two individuals submitted both a request for exclusion and an objection.   *See* Dkt. 54 (Shimon Gottlieb) & 55 (Shmuel Lowenbein).   Pursuant to the Court's Preliminary Approval Order, these individuals have been excluded from the Settlement Class. Dkt. 47 at ¶ 11 ("Settlement Class Members may not both object and opt out.  If a Settlement Class Member submits both a Request for Exclusion and an objection, the Request for Exclusion will be controlling.").

4.      Untimely Exclusion Requests:   Nine individuals requested exclusion from the Settlement Class after the November 22, 2016 exclusion deadline.  The parties agree that the Court has discretion to decide whether any or all of these late exclusions should be permitted.   *See* Newberg on Class Actions § 9:45 (5th ed.) ("[C]ourts have the discretion to excuse tardy opt outs."); Manual for Complex Litigation (4th) § 21.321 ("The judge may treat as effective a tardy election to opt out.").   Class counsel submits that each such request should be treated as timely. Wells Fargo agrees that seven requests postmarked within ten days of the deadline should be considered timely.   However, Wells Fargo submits that the two remaining requests postmarked more than 15 days after the exclusion deadline are

just too late. *See Grilli v. Metropolitan Life Ins. Co., Inc.*, 78 F.3d 1533, 1538, 34 Fed. R. Serv. 3d 19 (11th Cir. 1996) (holding that late exclusions must meet the excusable neglect standard under Fed. R. Civ. P. 6(b)).

5.      <u>Change-of-Address Requests</u>:   The parties have honored all Class members' requests to update their addresses.  *See* Dkt. 74 (Kevin L. Shifflett).

6.      <u>Other Requests</u>:  Class counsel reached out to Ms. Amy Goff shortly after she contacted the Court regarding her deceased father on January 3, 2017. *See* Dkt. 76.  On January 10, 2017, Class counsel provided Ms. Goff with a copy of the claim form and instructions on how to submit a claim.  Kaufman Decl. at ¶ 4. The Settlement Administrator received Ms. Goff's claim form on January 12, 2017.  All parties agree that the claim form will be treated as timely and valid.

7.      <u>Final Exclusion List</u>:  A final list of all persons to be excluded from the Settlement Class is attached to this Joint Status Report as Exhibit A.

8.      The parties stand ready to provide the Court with any more information it requires.  To the extent that any Class member makes any further inquiry regarding the Settlement Claims Administration process, the parties remain committed to addressing all such inquiries.

Date:  January 25, 2017

Respectfully submitted,

By: */s/ James M. Feagle*

SKAAR & FEAGLE, LLP
James M. Feagle
Georgia Bar No. 256916
Email: Jfeagle@skaarandfeagle.com
2374 Main Street, Suite B
Tucker, GA 30084
Telephone: (404) 373-1970
Facsimile: (404) 601-1855

Justin T. Holcombe
Georgia Bar No. 552100
Email: jholcombe@skaarandfeable.com
Kris Skaar
Email: krisskaar@aol.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone: (770) 427-5600
Facsimile: (404) 601-1855 fax

LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Jonathan D. Selbin (*pro hac vice*)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson (*pro hac vice*)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Andrew R. Kaufman (*pro hac vice*)
Email: akaufman@lchb.com
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

BURKE LAW LLC
Email: Alexander H. Burke (*pro hac vice*)
Aburke@BurkeLawLLC.com
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

*Co-Lead Class Counsel*

MEYER WILSON CO., LPA
Matthew R. Wilson (*pro hac vice*)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (*pro hac vice*)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

LAW OFFICES OF DOUGLAS J. CAMPION, APC
Douglas J. Campion (*pro hac vice*)
Email: doug@djcampion.com
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

KEOGH LAW, LTD.
Keith Keogh (*pro hac vice*)
Email: keith@koeghlaw.com
55 W. Monroe, Ste. 3390
Chicago, IL 60603
Telephone: 312-265-3258
Facsimile: 312-726-1093

GREENWALD DAVISON RADBIL PLLC
Michael L. Greenwald (*pro hac vice*)
Email: mgreenwald@gdrlawfirm.com
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Facsimile: (561) 961-5684

Aaron D. Radbil (*pro hac vice*)
Email: aradbil@gdrlawfirm.com
106 East Sixth Street, Suite 913
Austin, TX 78701
Telephone: (512) 322-3912
Facsimile: (561) 961-5684

KAZAROUNI LAW GROUP, APC
Abbas Kazerounian (*pro hac vice*)
Email: ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6806
Facsimile: (800) 520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq. (*pro hac vice*)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Additional Class Counsel*

Respectfully submitted,

By:    /s/ John C. Lynch

John C. Lynch (pro hac vice)
john.lynch@troutmansanders.com
David M. Gettings (pro hac vice)
david.gettings@troutmansanders.com
TROUTMAN SANDERS LLP
222 Central Park Avenue Suite 2000.
Virginia Beach, VA 23462
(757) 687-7500
(757) 687-7510 (fax)

Chad R. Fuller (pro hac vice)
chad.fuller@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
(858) 509-6056
(858) 509-6040 (fax)

Stephen William Riddell
stephen.riddell@troutmansanderse.com
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000

*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1.C and 7.1.D of the Northern District of Georgia, that the foregoing was prepared in 14-point Times New Roman font.

Dated: <u>January 25, 2017</u>          <u>*/s/ James M. Feagle*</u>

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

January 25, 2017                    _/s/     James M. Feagle_