# EXHIBIT A

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| COUNT | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|
| 1 | 3873 | AARON RAMSEY |
| 2 | 3294730 | ACHEBE L MYLES |
| 3 | 5728 | ADAM DILTS |
| 4 | 5157770 | ADAM ELEND |
| 5 | 5157836 | ADAM NEHAMA |
| 6 | 3727891 | ADLER LEWIS |
| 7 | 3857540 | ADRIAN GUILFORD |
| 8 | 5157788 | ALAN GOLDSTEIN |
| 9 | 5157883 | ALAN WESTFALL |
| 10 | 1393 | ALFRED HERCZEG |
| 11 | 5730 | AMY A PERRY |
| 12 | 5157800 | AMY JOHNSON |
| 13 | 7752 | DENNIS MICHAEL JOHNSON |
| 14 | 7754 | AMY MORROW |
| 15 | 5157850 | AMY PELLETIER |
| 16 | 5068061 | ANDREA G BRATCHER |
| 17 | 1920236 | ANGELA L NEHAMA |
| 18 | 4417540 | ANGELA M WORLEY |
| 19 | 1372520 | ANGELA MENDOLA |
| 20 | 4842601 | ANNA MARIE SIMPSON |
| 21 | 5157845 | ANTHONY PALLAZOLA |
| 22 | 5157842 | APRIL OLIVAS |
| 23 | 3254997 | ARTHUR J HERROLD |
| 24 | 3625365 | ASHOT T DAVTYAN |
| 25 | 3860431 | BARRY B BROWN |
| 26 | 6272 | BETH TILLEY |
| 27 | 5157753 | BRIAN CARROLL |
| 28 | 2628 | BROOKE BAZILE |
| 29 | 5157782 | CARMELA FOURNIER |
| 30 | 5157725 | CAROL ANN |
| 31 | 1856804 | CAROL J FAWVER |
| 32 | 2506525 | CAROLYN I RUBY |
| 33 | 5157867 | CATHERINE SWINSKI |
| 34 | 2953536 | CATHERINE W DUEASE |
| 35 | 5157781 | CATHY FORREST |
| 36 | 5157760 | CHAD CRAIG |
| 37 | 3848 | CHARLES DOTSON |

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| COUNT | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|
| 38 | 4180839 | CHARLES E COOK |
| 39 | 3765987 | CHARLES W LAMBERT |
| 40 | 636 | CHERRENE TAYLOR |
| 41 | 5157847 | CHERYL PATTISHALL |
| 42 | 1152140 | CHRISTIE S JONES |
| 43 | 3437622 | CHRISTINA A BULLOCK |
| 44 | 5157813 | CHRISTINE MCCALL |
| 45 | 5157736 | CHRISTOPHER BECKETT |
| 46 | 2311460 | CHRISTOPHER R SKIFF |
| 47 | 4348280 | CLAYTON MAMIE |
| 48 | 1048931 | DANIEL MILLER |
| 49 | 5157825 | DANIEL MORGAN |
| 50 | 5157854 | DANIEL RADOVANOVIC |
| 51 | 5157864 | DANIEL SOBSTYL |
| 52 | 5157875 | DANIEL VAIRO |
| 53 | 1168948 | DARLENE T DANNETTELLE |
| 54 | 1200769 | DAVID BRAND PLEAT |
| 55 | 4963674 | DAVID E MOSBERG |
| 56 | 5157786 | DAVID GIBSON |
| 57 | 400 | DAVID GONZALEZ |
| 58 | 1151825 | DAVID H DULL |
| 59 | 2028064 | DAVID HAZAN |
| 60 | 4974566 | DAVID L JINKS |
| 61 | 5157858 | DAVID RODRIGUEZ |
| 62 | 4758127 | DEANNA L ROTH |
| 63 | 4917378 | DEARY MARJORIE |
| 64 | 5157860 | DEBORAH SAVOCA |
| 65 | 6274 | DEBRA L SCHWOEGLER |
| 66 | 4802021 | DELIA MONGELI |
| 67 | 5731 | DENISE JOHNSON |
| 68 | 3721318 | DIALE JOANN |
| 69 | 5157808 | DIANE MARRERO |
| 70 | 1301501 | DIANNA K FREY |
| 71 | 3688322 | DIGIOVANNI JR JACK |
| 72 | 5761 | DOMINGO MONGELI |
| 73 | 4429867 | DONNA H HICKS |
| 74 | 3867872 | DORCEA BLAKE |

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| COUNT | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|
| 75 | 4271304 | DOROTHY K TURNER |
| 76 | 3536239 | DUPREE JEAN ANN MARIE |
| 77 | 5157819 | EDDIE MEDINA |
| 78 | 4891162 | EDWARD W CALVERT |
| 79 | 5157761 | ELIZABETH CRAIG |
| 80 | 3523290 | ELIZABETH WISE |
| 81 | 4374875 | ESTATE OF LYNDA G WHIPPLE |
| 82 | 2789816 | ESTATE OF MICHAEL W WILLIAMS |
| 83 | 1056050 | EUGENIA A DUNCAN |
| 84 | 5157776 | FABRIZIO FERRARI |
| 85 | 1023678 | FLORES BLANCA MARLENY |
| 86 | 6278 | FRANCHESCA GRAVES |
| 87 | 2556198 | FRANCIS TILLEY |
| 88 | 4294958 | G F WOOTTON |
| 89 | 3850 | GAYLE LAHEY |
| 90 | 1396 | GEOFFREY MATTHEWS |
| 91 | 7840 | GEORGE BASALONE |
| 92 | 5157861 | GHASSAN SHAHIN |
| 93 | 5157837 | GIANG NGUYEN |
| 94 | 4324393 | GLADYS B HARRIS |
| 95 | 4685687 | GLENN F DAVIS |
| 96 | 4639789 | GORMAN BLANCA |
| 97 | 4831851 | GOTTLIB SHIMON |
| 98 | 5157874 | GREGORY TUMAN |
| 99 | 2381774 | GUY M TOUMA |
| 100 | 5743 | GUY MCCANN |
| 101 | 1313754 | HAZEL M SIDDENS |
| 102 | 4160245 | HEINRICH FAUPEL |
| 103 | 5157830 | HELEN MULLOZZI |
| 104 | 1997600 | HERNANDEZ BERENICE |
| 105 | 2062867 | HILARY B POWELL |
| 106 | 3867095 | HOLLY K ABBUEHL |
| 107 | 1147878 | HOMER I LOCKHART |
| 108 | 5157733 | HOPE BARNABY |
| 109 | 5157812 | HUGH MCCAIN |
| 110 | 4851559 | IKHUOYA P BRAIMAH |
| 111 | 6542 | IRENE M SPITALETTO |

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| COUNT | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|
| 112 | 5157820 | IRMA CUESTAS MEDINA |
| 113 | 1212686 | JACKSON L HAVERLY |
| 114 | 3851 | JACOB CHARLES |
| 115 | 1488701 | JACQUELINE WILLIAMS |
| 116 | 1424 | JAIME COGLES |
| 117 | 1435649 | JAMES A SCHWOEGLER |
| 118 | 4597605 | JAMES J GIERMEK |
| 119 | 5157831 | JAMIE MURROW |
| 120 | 4197891 | JAN M PRIBBLE |
| 121 | 5157749 | JANE BUIKEMA |
| 122 | 4351817 | JANICE K WADE |
| 123 | 3976289 | JARED N JOHNSON |
| 124 | 5157862 | JAROSLAVA SHAHIN |
| 125 | 3847 | JASON HAIGHT |
| 126 | 2340734 | JEFFREY D PRESZ |
| 127 | 4085112 | JENNA BRAJDIC |
| 128 | 5157802 | JENNIFER JUCHNO |
| 129 | 3536 | JERALD G SIMPSON |
| 130 | 5157868 | JEROME THOMPSON |
| 131 | 5736 | JERRY D ADAMS |
| 132 | 5762 | JOHN A PRIBBLE |
| 133 | 2947829 | JOHN C DUEASE III |
| 134 | 5157758 | JOHN CLEVELLE |
| 135 | 4311990 | JOHN S BUTALLA JR |
| 136 | 3553826 | JONAE C FELTON |
| 137 | 5157720 | JOSEPH ACCARDO |
| 138 | 3957021 | JOSEPH L MENDOLA |
| 139 | 2963218 | JOSEPH M DEMMI JR |
| 140 | 4196725 | JOSEPH PECORARO |
| 141 | 5157752 | JOSEPHINE CARMELLENGO |
| 142 | 4373832 | JOYCE B WINTER |
| 143 | 5157787 | KAREEM GOLDSON |
| 144 | 5157754 | KAREN CARROLL |
| 145 | 4959423 | KAREN D MORALES |
| 146 | 3249 | KAREN L HICKS |
| 147 | 5157859 | KAREN RODRIGUEZ |
| 148 | 5157796 | KATIE HOWARD |

4

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| COUNT | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|
| 149 | 2129873 | KENSEY L RODRIGUEZ |
| 150 | 5157814 | KERRY MCCANE |
| 151 | 2268988 | KEVIN M MAYFIELD |
| 152 | 5157849 | KRISTIE PECKA |
| 153 | 3853 | LATOYA LAWSON |
| 154 | 4274739 | LEAH M SWEENEY |
| 155 | 4850298 | LEE D LYLES |
| 156 | 5157759 | LENEVA CLEVELLE |
| 157 | 2000850 | LINDA B ARNOLD |
| 158 | 5157877 | LISA VANHAEREN |
| 159 | 3842 | LOLITA DASH-PITTS |
| 160 | 3971670 | LONNIE WAYNE DYE |
| 161 | 5157815 | MARCUS MCINTEE |
| 162 | 4291481 | MARGARET BASALONE |
| 163 | 4751715 | MARIA T FIGUEROA |
| 164 | 5157768 | MARIANNE DUDA |
| 165 | 3925878 | MARK E WILSON |
| 166 | 5763 | MATHEW C RUBY |
| 167 | 4591022 | MATTHEW A FREE |
| 168 | 2268993 | MELANIE M MAYFIELD |
| 169 | 6283 | MELODY R CALVERT |
| 170 | 1435893 | MEREDITH A KING |
| 171 | 5157747 | MICHAEL BROUILLARD |
| 172 | 5733 | MIRIAM LUGO |
| 173 | 3695815 | MISTY L TERRY |
| 174 | 5157738 | NANCY BERTELMANN |
| 175 | 5157848 | NEIL PECKA |
| 176 | 5157777 | NICOLE FERRARI |
| 177 | 1210740 | NOLAN EILEEN |
| 178 | 5032907 | PATRICIA A NAGLE |
| 179 | 5737 | PATRICIA FAUPEL |
| 180 | 5157797 | PATRICIA HUBBARD |
| 181 | 5157807 | PATRICIA MARINELLI |
| 182 | 5157846 | PATRICIA PALLAZOLA |
| 183 | 4250726 | PAUL A JOHNSON |
| 184 | 3170844 | PAULA FRANCISCA RAMSEY |
| 185 | 2743937 | PEARSON TERRIANNE |

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| COUNT | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|
| 186 | 3083493 | PEGGY Y FRASCO |
| 187 | 3967206 | PERRY CLEDUS PENNY |
| 188 | 5157851 | PERRY PLATISHA |
| 189 | 5157826 | PHILIP MORROW |
| 190 | 1525028 | RACHEL M DILTS |
| 191 | 4236430 | RAYMOND L DOHERTY |
| 192 | 5739 | RENA HAZAN |
| 193 | 3821273 | RHONDA R HERNANDEZ |
| 194 | 5764 | RICHARD A WORLEY |
| 195 | 4243860 | RICHARD F HESS |
| 196 | 4252452 | RICHARD SIMONELLI |
| 197 | 2460531 | ROBERT F GODFREY |
| 198 | 2554817 | ROBERT H WILSON |
| 199 | 1260244 | ROBERT M RAMIREZ |
| 200 | 5157824 | ROBERT MORGAL |
| 201 | 5157881 | ROBERT WEFEL |
| 202 | 5157886 | ROBERT WILLIAMS |
| 203 | 1874396 | RODRIGUEZ MARGARET |
| 204 | 4177147 | ROGER CRAIN |
| 205 | 5742 | RUSSELL E DANNETTELLE |
| 206 | 5157866 | RUSSELL STAFFORD |
| 207 | 2373698 | RYAN L OVERTON |
| 208 | 4386724 | RYAN T NORTHRUP |
| 209 | 4622350 | SABUCO EPIFANIO |
| 210 | 3818102 | SANDRA LEE GEMEREK |
| 211 | 1541528 | SANDY MORGAN |
| 212 | 5028555 | SAUNDRA ADAMS |
| 213 | 1930573 | SCOTT M HALL |
| 214 | 1791572 | SHMUEL LOWENBEIN |
| 215 | 2992662 | SILVER SALAZAR |
| 216 | 2643705 | STACIE A DOSS |
| 217 | 4593256 | STACY L COOLEY |
| 218 | 4844750 | STARK KAREN ANN |
| 219 | 2693611 | STEPHEN A YOUMANS |
| 220 | 5324 | STEVEN ARMSTRONG |
| 221 | 5157784 | SUMMER GARNER |
| 222 | 4362637 | SYLVIA P MASTERS |

MARKOS V. WELLS FARGO TCPA SETTLEMENT
EXCLUSION LIST:
TIMELY

| COUNT | GCG ID NO. | CLASS MEMBER NAME |
|---|---|---|
| 223 | 5157869 | TAHSHEIKA THOMPSON |
| 224 | 6286 | TAMARA CRAIN |
| 225 | 2347460 | TANYA R OETKEN |
| 226 | 2028243 | TAWANDA R CAUSAY |
| 227 | 3657229 | TETYANA L DAVTYAN |
| 228 | 5157774 | THEODORE EUL |
| 229 | 3009984 | THEODORE H SPITALETTO |
| 230 | 1206295 | THOMAS LEGG |
| 231 | 5157737 | TIMOTHY BERBENICH |
| 232 | 3160232 | TIMOTHY J MAURO |
| 233 | 4942458 | TIMOTHY W SWEENEY |
| 234 | 1199670 | TONYA K CATO |
| 235 | 5157751 | TRACY CARDWELL |
| 236 | 3841817 | VARDAN M DAVTYAN |
| 237 | 1395 | VERNA ROSS |
| 238 | 4725757 | VICTOR H FIGUEROA |
| 239 | 1519285 | WALTER S HANSON |
| 240 | 5157723 | WILLIAM AMORIELLO |
| 241 | 5157765 | WILLIAM DANIELS |
| 242 | 3905266 | WILLIAM J CARBO |
| 243 | 5745 | WILLIAM J COOLEY |
| 244 | 5157829 | WILLIAM MULLOZZI |
| 245 | 5065536 | WILLIAMS ERNESTINE |

# MARKOS V. WELLS FARGO TCPA SETTLEMENT EXCLUSION LIST:

## UNTIMELY AND ACCEPTED

| COUNT | GCG ID NO. | CLASS MEMBER NAME | POSTMARK DATE |
|---|---|---|---|
| 1 | 6554 | DAVID TOLEDO | 12/2/2016 |
| 2 | 1557251 | DEBORAH A GASKINS | 11/23/2016 |
| 3 | 4123420 | JANIS MEIN | 12/2/2016 |
| 4 | 5756 | MACIE YOUNG | 11/23/2016 |
| 5 | 3322189 | PATRICK WATTS | 11/23/2016 |
| 6 | 5755 | STEVEN C GASKINS | 11/23/2016 |
| 7 | 6295 | TELITHIA 'TINA' KELLEY | 11/23/2016 |

## UNTIMELY AND DISPUTED

| COUNT | GCG ID NO. | CLASS MEMBER NAME | POSTMARK DATE |
|---|---|---|---|
| 1 | 3816054 | GERARDO A MARTINEZ | 12/7/2016 |
| 2 | 7248 | NICHOLAS LINDSAY | 12/15/2016 |