UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Steven L. Markos, Tiffany Davis and Gregory Page, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Wells Fargo Bank, N.A.,<br><br>        Defendant. | Civil Action No. 1:15-cv-01156-LLM |

**WELLS FARGO BANK, N.A.'S MOTION FOR AN ORDER ENFORCING THIS COURT'S INJUNCTION AGAINST TIMOTHY STEPHENS AND FOR AN ORDER TO SHOW CAUSE IF HE FAILS TO COMPLY**

Defendant Wells Fargo Bank N.A. ("Wells Fargo") hereby moves for an order enforcing this Court's injunction against Timothy Stephens and requiring him to show cause if he fails to comply.

This motion is made pursuant to the All Writs Act (28 U.S.C. § 1651(a)), in conjunction with this Court's retained jurisdiction of the settlement agreement and judgment in this matter, which together empower the Court to "invoke the authority conferred by the All Writs Act to enjoin parties from prosecuting separate litigation to protect the integrity of a judgment entered in a class action

1

and to avoid re-litigation of issues resolved by a class action." *In re Managed Care*, 756 F.3d 1222, 1233 (11th Cir. 2014).

Under the All Writs Act, "'injunctions are enforced through the district court's civil contempt power.'" *Faught v. Am. Home Shield Corp.*, 660 F.3d 1289, 1293 (11th Cir. 2011) (*quoting Thomas v. Blue Cross & Blue Shield Ass'n*, 594 F.3d 823, 829 (11th Cir. 2010)). If Timothy Stephens refuses to comply with the Court's injunction, Wells Fargo moves for an order to show cause why Timothy Stephens "should not be held in contempt for violating the injunction against" him as a settlement class member by commencing a civil lawsuit in the United States District Court for the Northern District of Illinois[1] that seeks to re-litigate claims that were released by the final judgment in this matter. *Id.* at 1293.

For the reasons more fully set forth in the accompanying Memorandum in Support, Wells Fargo respectfully requests this Court enter an order enforcing this Court's injunction against Timothy Stephens and for an order to show cause if he fails to comply.

---

[1] The case is styled *Timothy Stephens v. Wells Fargo Bank, N.A.*, Case No. 1:16-cv-04404 (N.D. Ill.).

Dated:  March 29, 2017              Respectfully submitted,

                              By:   /s/ Stephen W. Riddell
                                     Of Counsel

                                    Stephen W. Riddell
                                    (Georgia Bar No. 604810)
                                    stephen.riddell@troutmansanders.com
                                    TROUTMAN SANDERS LLP
                                    Bank of America Plaza
                                    600 Peachtree St., N.E., Suite 5200
                                    Atlanta, GA 30308
                                    (404) 885-3000
                                    (404) 885-3900 (fax)

                                    John C. Lynch (*pro hac vice*)
                                    john.lynch@troutmansanders.com
                                    David M. Gettings (*pro hac vice*)
                                    david.gettings@troutmansanders.com
                                    TROUTMAN SANDERS LLP
                                    222 Central Park Avenue Suite 2000. Virginia Beach, VA 23462
                                    (757) 687-7500
                                    (757) 687-7510 (fax)

                                    Chad R. Fuller (*pro hac vice*)
                                    chad.fuller@troutmansanders.com
                                    TROUTMAN SANDERS LLP
                                    11682 El Camino Real, Suite 400
                                    San Diego, CA 92130
                                    (858) 509-6056
                                    (858) 509-6040  (fax)

                                    *Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I certify that the foregoing document was prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

                                                                /s/ Stephen W. Riddell

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will provide notification of such filing to all counsel of record.

I further certify that on March 29, 2017, a true and correct copy of the foregoing was sent via email and U.S. Mail to:

**Counsel for Timothy Stephens**
Mohammed Omar Badwan
Ahmad Tayseer Sulaiman
SULAIMAN LAW GROUP, LTD.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
mbadwan@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com

Daniel John McGarry
WHITESIDE & GOLDBERG, LTD.
155 N. Michigan Avenue Suite 540
Chicago, IL 60601
dmcgarry@wglawgroup.com

                                                             /s/ Stephen W. Riddell