# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Steven L. Markos, Tiffany Davis and Gregory Page, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Wells Fargo Bank, N.A.,<br><br>        Defendant. | Civil Action No. 1:15-cv-01156-LLM |

## DEFENDANT WELLS FARGO BANK, N.A.'S AGREED MOTION FOR AN EXTENSION OF TIME TO REPLY AND TO RESPOND

Defendants WELLS FARGO BANK, N.A. ("Wells Fargo"), by counsel, file this Agreed Motion for an Extension of Time to file its Reply in Support of its Motion for an Order Enforcing This Court's Injunction Against Timothy Stephens and For An Order to Show Cause If He Fails to Comply ("Motion to Enforce") and to file its response to Timothy Stephens' Motion for Relief from the *Markos* Final Judgment or in the Alternative Motion for Enlargement of Time to Opt Out ("Motion for Relief"). In support of its motion, Wells Fargo states the following:

    1.    On March 29, 2017 Wells Fargo filed its Motion to Enforce [ECF 91].

2. Timothy Stephens, in accordance with this Court's Order on his Second Agreed Motion for Extension of Time [ECF 98], filed his response to the Motion to Enforce on May 5, 2017 [ECF 100].

3. Timothy Stephens additionally filed the Motion for Relief [ECF 99] on May 5, 2017.

4. Pursuant to Local Rule 7C., Wells Fargo, deeming it necessary to file a reply in support of its Motion to Enforce, has up to and including Friday, May 19, 2017 to file its reply brief.

5. Pursuant to Local Rule 7B., Wells Fargo has up to and including Friday, May 19, 2017 to file its response to Stephens' Motion for Relief.

6. Counsel for Wells Fargo has a previously-scheduled arbitration preceding this May 19, 2017 deadline. Accordingly, Wells Fargo respectfully requests a two-week extension up to and including June 2, 2017 to file its reply and response briefs.

7. Counsel for Wells Fargo has communicated with Stephens' lead counsel, who has agreed to the requested extension.

8. This brief extension will not unnecessarily delay the proceedings, and it is not prejudicial to any party in this matter.

WHEREFORE, given the agreement by Stephens' counsel and the timeliness of Wells Fargo's motion, Wells Fargo respectfully requests the Court grant Wells Fargo's Agreed Motion for Extension of Time to file its Reply in Support of its Motion for an Order Enforcing This Court's Injunction Against Timothy Stephens and For An Order to Show Cause If He Fails to Comply and to file its response to Timothy Stephens' Motion for Relief from the *Markos* Final Judgment or in the Alternative Motion for Enlargement of Time to Opt Out until on or before **June 2, 2017**.

Dated:  May 18, 2017                Respectfully submitted,

                                By:   /s/ Stephen W. Riddell
                                          Of Counsel

                                Stephen W. Riddell
                                (Georgia Bar No. 604810)
                                stephen.riddell@troutmansanders.com
                                TROUTMAN SANDERS LLP
                                Bank of America Plaza
                                600 Peachtree St., N.E., Suite 5200
                                Atlanta, GA 30308
                                (404) 885-3000
                                (404) 885-3900 (fax)

John C. Lynch (*pro hac vice*)
john.lynch@troutmansanders.com
David M. Gettings (*pro hac vice*)
david.gettings@troutmansanders.com
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7500
(757) 687-7510 (fax)

Chad R. Fuller (*pro hac vice*)
chad.fuller@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
(858) 509-6056
(858) 509-6040  (fax)

Courtney Wenrick (*pro hac vice*)
ccw@severson.com
SEVERSON & WERSON
19100 Von Karman Avenue, 7th Floor
Irvine, CA 92612
(949) 442-7110
(949) 442-7118 (fax)

*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I certify that the foregoing document was prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

                                                    /s/ Stephen W. Riddell

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2017, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will provide notification of such filing to all counsel of record.

                                                    /s/ Stephen W. Riddell