FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 11 2018

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEVEN MARKOS, et al.,

   Plaintiffs,

v.

WELLS FARGO BANK, N.A.,     CIVIL ACTION NO.
                  1:15-CV-1156-LMM

   Defendants.

## EMERGENCY MOTION TO RECONSIDER ORDER ON MOTION TO ENFORCE JUDGEMENT

Comes now Unwilling Plaintiff Daniel Romanowski hereby moves this court to enter an order to abate previous Order on motion to enforce judgement.

Mr. Romanowski is requesting this order be issued due to several factors,

1. Wells Fargo failed to properly notice Mr. Romanowski of this Motion therefore Mr. Romanowski was not able to respond in a timely manner and raise his objections.

2. Garden City Group failed to properly list Mr. Romanowski as opt-out status on this class action per his request on September 30th, 2016 (Exhibit "A").

3. Mr. Romanowski alleges that Wells Fargo's lack of service was intentional in order to have this court enter the order that it did to force Mr. Romanowski to dismiss his valid claim in the NDTX court, or be held in contempt of this court.

## BREIF HISTORY IN SUPPORT

On September 30th, 2016 Mr. Romanowski followed steps outlines on GCG Website http://www.markoswellsfargotcpa.com/ and mailed an official and timely opt-out request (Exhibit "A").

On August 25th 2017 Mr. Romanowski filed civil suit against Wells Fargo in the Northern district of Texas after several attempts to resolve this issue without the burden of the court system.

On December 26th, 2017 Defendant Wells Fargo filed an Motion to Enforce Judgement with this court and applied a certificate of service to the filing.

On January 2nd, 2018 Mr. Romanowski's attorney in the NDTX court notified Mr. Romanowski of an order of this court to enjoin Mr. Romanowski from pursuing his claim in the NDTX court.

Therefor Mr. Romanowski Prays that this court enter an Order for the following

1. Enter Order Abating the Previous Order
2. Enter Order Properly classifying Mr. Romanowski in the case as per his opt-out demand received by GCG.
3. Enter an Order Scheduling a show cause hearing for Wells Fargo willful falsification of the certificate of Service.

Mr. Daniel Romanowski
Unwilling Plaintiff
2832 Laramie St
Irving, TX 75062
817-657-0911

## CERTIFICATE OF SERVICE

I hereby Certify that a copy of the forgoing motion was copied to by first class mail on this 8th day of January 2018:
Stephen W. Riddell
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree St. N.E.
Suite 5200
Atlanta GA, 30308

Daniel Romanowski

Exhibit "A"

September, 30th, 2016

To whom it may concern

My name is Daniel Romanowski, I have found a class action suit that I may potentially be a member of entitled Marko vs wells fargo, I am writing this letter to assert that I do not wish to be a party to this class action suit as I will be pursuing claims against Wells Fargo individually.

Please take notice that this is my official opt out request, I do not wish to be an included party or member to this suit or any other suit that you are a part of against wells fargo from the date of this letter indefinitely or until revoked.

If you have any question or concerns regarding this request you can contact me as follows

Daniel Romanowski

2832 Laramie St
Irving, TX 75062
817-657-0911
cobra2599@gmail.com


Markos Wells Fargo TCPA Settlement Claims Administrator
P.O. Box 10301
Dublin, OH 43017

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306