UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Steven L. Markos, Tiffany Davis and Gregory Page, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO.: 1:15-cv-01156-LLM |

## DECLARATION OF LOREE KOVACH IN SUPPORT OF WELLS FARGO BANK, N.A.'S RESPONSE TO DANIEL ROMANOWSKI'S EMERGENCY MOTION TO RECONSIDER ORDER ON MOTION TO ENFORCE JUDGMENT

I, Loree Kovach, declare as follows:

1. I am the Assistant Vice President of Operations of Garden City Group, LLC ("GCG"). I have been employed with GCG for over one year in this role, and for over three years in total. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently to such facts.

2. I have reviewed Mr. Romanowski's "Emergency Motion To Reconsider Order On Motion To Enforce Judgment" and the September 30, 2016 letter attached as Exhibit A to that Motion.

3. On October 26, 2017, GCG received an email from Daniel Romanowski with the words "Notice of Intent" in the subject line. That email contained two attachments: 1) a file titled "wells_optout_2016.pdf" and 2) a file title "GCG_notice_of_intent_to_sue.pdf." Attached hereto as **Exhibit 1** is a true and correct copy of the October 26, 2017 email, along with the attachments.

4. Aside from the handwritten notation "Exhibit A," the September 30, 2016 letter attached to Mr. Romanowski's Emergency Motion is identical to the "wells_optout_2016.pdf" file GCG received in the October 26, 2017 email from Mr. Romanowski. The "wells_optout_2016.pdf" file was an electronic document and the signature within that file was an image rather than a scan of a signature on a hard copy. And GCG received no proof that Mr. Romanowski mailed the letter to GCG at any point in 2016, such as a delivery confirmation or a certified mail receipt. Further, the "Created" date in the "Description" section of the "Document Properties" of the "wells_optout_2016.pdf" file is October 26, 2017 – the same day the email was sent. Attached hereto as Exhibit 2 is a true and correct screenshot of that information.

Respectfully submitted this 12th day of January, 2018.

_____
Loree Kovach

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2018, I have served a copy of the foregoing document **DECLARATION OF LOREE KOVACH IN SUPPORT OF WELLS FARGO BANK, N.A.'S RESPONSE TO DANIEL ROMANOWSKI'S EMERGENCY MOTION TO RECONSIDER ORDER ON MOTION TO ENFORCE JUDGMENT** by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile or e-mail on the following:

Warren Norred
NORRED LAW, PLLC
200 East Abram, Ste. 300
Arlington, Texas 76010
Telephone: (817) 704-3984
Facsimile: (817) 524-6686
wnorred@norredlaw.com

*Counsel for Plaintiff*
*Daniel Romanowski*

/s/ *Eric J. Troutman*
Eric J. Troutman

# EXHIBIT 1

Case 1:15-cv-01156-LMM   Document 117-1   Filed 01/16/18   Page 5 of 10

| | |
|---|---|
| **From:** | Dan <cobra2599@gmail.com> |
| **Sent:** | Thursday, October 26, 2017 11:20 AM |
| **To:** | info@MarkosWellsFargoTCPA.com; info@choosegcg.com; legal@choosegcg.com; CEO@gardencitygroup.com; coo@choosegcg.com |
| **Subject:** | Notice of Intent |
| **Attachments:** | GCG_notice_of_intent_to_sue.pdf; wells_optout_2016.pdf |

Please find my attached notice of intent to sue along with my original opt out letter that was mailed to the PO box listed on the website.

you are hereby noticed you have 10 days to correct your records.

September, 30th, 2016

To whom it may concern

My name is Daniel Romanowski, I have found a class action suit that I may potentially be a member of entitled Marko vs wells fargo, I am writing this letter to assert that I do not wish to be a party to this class action suit as I will be pursuing claims against Wells Fargo individually.

Please take notice that this is my official opt out request, I do not wish to be an included party or member to this suit or any other suit that you are a part of against wells fargo from the date of this letter indefinitely or until revoked.

If you have any question or concerns regarding this request you can contact me as follows

Daniel Romanowski

2832 Laramie St
Irving, TX 75062
817-657-0911
cobra2599@gmail.com

Markos Wells Fargo TCPA Settlement Claims Administrator
P.O. Box 10301
Dublin, OH 43017

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Garden City Group

5151 Blazer Parkway
Dublin, OH 43017

10/26/2017

Dear Sir/Madam, You are hereby given notice that Daniel Romanowski intends to commence a lawsuit against you for $2,500,000.00 due to Gross Negligence in the handling of Mr. Romanowski's opt out demand on the Markos vs Wells Fargo case. We will file suit against you if you do not Correct all records to show that Mr. Romanowski did in fact opt out of the Markos v Wells Fargo cause within 10 days after receiving this letter. Please contact me as soon as possible at 817-657-0911 to resolve this matter.

The foregoing is not intended to be a complete recitation of all applicable law and/or facts, and shall not be deemed to constitute a waiver or relinquishment of any of Mr. Romanowski's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved, including Mr. Romanowski's right to all available remedies against Garden City Group, including but not limited to the recovery of costs and attorneys' fees.

Sincerely,

Daniel Romanowski

# EXHIBIT 2

September, 30th,

To whom it may

My name is Danie
entitled Marko vs
class action suit a

Please take notic
member to this s
letter indefinitely

If you have any q

Document Properties

Description | Security | Fonts | Custom | Advanced

Description
File: wells_optout_2016.pdf
Title:
Author: Richard
Subject:
Keywords:

Created: 10/26/2017 9:39:41 AM
Modified: 10/26/2017 9:39:41 AM
Application: Microsoft® Word 2016

Advanced
PDF Producer: Microsoft® Word 2016
PDF Version: 1.7 (Acrobat 8.x)
Location: C:\Users\kovachl\AppData\Local\Microsoft\Windows\Tempora
File Size: 126.17 KB (129,201 Bytes)
Page Size: 8.50 x 11.00 in          Number of Pages: 1
Tagged PDF: Yes                     Fast Web View: No