IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEVEN L. MARKOS,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

CIVIL ACTION NO.
1:15-CV-1156-LMM

## **ORDER**

This case comes before the Court on a *sua sponte* review. In Reply to his Motion for Reconsideration, Daniel Romanowski contends that he timely opted out of the class and has attached evidence to his motion which purports to support that claim. This Court must thus make a factual finding as to whether Romanowski timely opted out to evaluate whether reconsideration is appropriate and whether Romanowski has committed a fraud on this Court.

The parties are therefore **ORDERED** to appear at 2 p.m. on Thursday, April 26, 2018 in Courtroom 2107, 75 Ted Turner Dr. SW, Atlanta, GA 30303. Both parties are **ORDERED** to present evidence regarding whether Romanowski timely opted out of the Markos class. As a part of his presentation, Daniel Romanowski is also **ORDERED** to **SHOW CAUSE** why he should not be held in contempt for committing a fraud on this Court by allegedly backdating his purported opt out notice.

**IT IS SO ORDERED** this 23rd day of March, 2018.

_____
Leigh Martin May
United States District Judge